NO.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

DANIELLE VICTOR,

Plaintiff

v.

THE UNITED STATES OF AMERICA, in it's full capacity; ET AL

Defendant

**FIRST AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL WITH PROSECUTION TO THE FULL EXTENT OF THE LAW**

**NO.**

Danielle Victor
In Pro Se
daniellekvictor@gmail.com
4 Loring Road
Methuen, MA 01844
978-857-4885

To the Honorable Judge F. Dennis Saylor IV, as Chief Judge for the United States District Court for the District of Massachusetts.

In compliance with Federal Rule 15, Danielle Victor, the Plaintiff ("Victor") is able to amend their complaint before the Defendant answers, and since no one has EVER made an appearance on this matter, this rule applies. In addition, to Judge Patti B. Saris demanding that Victor need to file an amended complaint, which also complies with Federal Rule 15. Victor is filing this amended Complaint in the United States District Court for the District of Massachusetts. Victor moves this court to notify and/or serve the appropriate governmental agencies for criminal charges to be ensued. **Victor demands this court for a jury trial with criminal prosecution to the fullest extent of the law, an order to obtain permanent injunctions, monetary relief, and all other relief requested herein.**

Victor, for her Complaint against the Defendants, each of them, alleges:

1. Victor brings this action against the Defendants, each of them, for sexual assault; the cover up and/or the aiding and abetting of sexual assault; sexual harassment; the cover up and/or the aiding and abetting of sexual harassment; discrimination; the cover up and/or the aiding and abetting of discrimination; harassment; the cover up and/or the aiding and abetting of harassment; retaliation; the cover up and/or the aiding or abetting of retaliation; wrongful termination; the cover up and/

or the aiding and abetting of wrongful termination; fraud on the court; the conspiracy to commit fraud; violations of California Labor Code laws; violations of California Civil Code laws; violations of California Government Code Laws; violations of California Penal Code laws; violations of California Business and Professions Code Laws; violations of the laws of the California State Constitution; the cover up of the violations of such laws; for conveying false information (18 U.S.C §35); for engaging in willful acts of bribery to public official(s)(18 U.S.C §201); for failing to act in one's full capacity under color of law for financial interests (18 U.S.C §208); for willfully, maliciously, and intentionally conspiring against Victor's right (18 U.S.C §241); for acting in one's full capacity, under color of the law, to maliciously deprive Victor of her rights (18 U.S.C §242); for intentional and continuous Hate Crimes against Victor (18 U.S.C §249); for sexual abuse and/or the attempt of sexual abuse and/or the cover up of alleged sexual abuse; for taking and/or using papers, documents, records, files, etc. to benefit oneself and manipulate the outcome of this action in the favor of all Defendants and/or accomplices (18 U.S.C §285); for conspiring with all Defendants, known or unknown, to defraud the United States of America in respect to Victor's action (18 U.S.C §286); for conspiring to defraud the United States of America in regards to Victor's action (18 U.S.C §371); for falsely making, forging, and/or altering any obligation or security (18 U.S.C §471); for falsely

making, altering, forging, and/or counterfeiting contracts, records, affidavits, or other writing for the purpose of defrauding the United States of America in regards to Victor's action (18 U.S.C §494); for keeping in your possession or concealing your falsely made, forged, counterfeited,, or altered obligations or securities (18 U.S.C §472); for falsely making, forging, altering, or counterfeiting an order, certificate, receipt, contract, or other writing for the purpose of obtaining or receiving, or enabling another person to obtain or receive any sum of money (18 U.S.C §495); for engaging in embezzlement in regards to Victor's action (18 U.S.C §645); for extorting Victor in order to force her into silence (18 U.S.C §872); for blackmailing Victor in order for her silence (18 U.S.C §873); for one who was meant to be acting in their full capacity, under the color of law, falsifying, concealing, or covering up any trick, scheme, or device a material fact, made false, fictitious, fraudulent statements or representations, and made a false writing or document knowing the same to contain false material, fictitious, or fraudulent entry or statement (18 U.S.C §1001); for being in possession of false papers with the intent to defraud (18 U.S.C §1002); for making false statements before officers authorized to administer oaths (18 U.S.C §1016); for knowingly making and delivering as true, multiple certificates or writing which contained statements known to be false (18 U.S.C §1018); for obstructing court orders (18 U.S.C §1509); for obstructing proceedings (18 U.S.C §1505); for obstructing a

criminal investigation (18 U.S.C §1510); for committing perjury (18 U.S.C §1621); for committing the subornation of perjury (18 U.S.C §1622); for making false declarations to the court (18 U.S.C §1623); for concealing, removing, and/or mutilating records, proceedings, books, papers, documents, and/or any other thing (18 U.S.C §2071); for unlawfully retaining money via embezzlement as a court officer of the United States of America (18 U.S.C §645); for embezzling or wrongfully converting to your own use money or property of another acting under color of law, in your full capacity as an officer or employee of the United States of America (18 U.S.C §654); for neglecting or refusing to make any return or report required by law as an officer of the United States, under color of the law in order to manipulate Victor's action (18 U.S.C §2075); for refusing or neglecting to make or forward reports, certificates, statements, and/or documents required by law as a clerk of the United States of America (18 U.S.C §2076); for unlawfully forcing Victor into arbitration about sexual harassment and sexual assault on a forged and falsified document knowing such document to be forged and false and knowing that sexual assault and sexual harassment cannot be arbitrated under federal law (9 U.S.C §402); for robbery; for the conspiracy to commit robbery; made false material statements in regards to business insurance, with the intent to deceive (18 U.S.C §1033); for committing fraud with unauthorized access to Victor's protected computer (18 U.S.C §1037); for attempts to commit the murder or manslaughter of

Victor (18 U.S.C §1113); for conspiring with others to commit the attempted murder or manslaughter of Victor (18 U.S.C §1117); for being part of a criminal street gang who is involved in violent crime whom had intentionally planned the harming and/or attempt of murder of Victor for personal gain, money, power, greed, or other motives (18 U.S.C §521); for committing fraud after devising a scheme via wire, radio, or television against Victor (18 U.S.C §1243); for tampering with consumer products with the hope to place Victor in harm, in danger, and/or to cause Victor's death, and/or to cause Victor extreme bodily injury (18 U.S.C §1365); for, and for continue too, steal, take away, falsify, avoid any record, writ, process, or proceeding in court in regards to Victors action (18 U.S.C §1506); for conspiring to obstruct, by robbery, articles in commerce with the attempt of physical violence of Victor in the furtherance of such conspiracy (18 U.S.C §1951); for using mailing facilities to commit multiple crimes of violence against Victor (18 U.S.C §1952); for money laundering in regards to Victor's action (18 U.S.C §1956); for engaging in monetary transactions from property derived from unlawful activity against Victor (18 U.S.C §1957); for being a part of a racketeering enterprise that have willing and maliciously committed crimes against Victor (18 U.S.C §1959); for illegal remunerations for referrals to recovery homes, clinical treatments, facilities, and/or laborites in regards to Victor's action (18 U.S.C §220); for engaging in racketeering activity (18 U.S.C §1961); for engaging

in racketeering prohibited activities in order to cause harm to Victor (18 U.S.C §1962); for embezzling, stealing, covering to ones own use or the use of another, or without authority, have sold, covered, or disposed of any record, voucher, money, or thing of value to the United States in regards to Victors action (18 U.S.C §641); for deceiving, misleading, injuring, or defrauding, with intent, any accounts, records, and false or fictitious entries or records in matters relating to ones duties as an officer, clerk, agent, or employee of the United States of America (18 U.S.C §2073); for engaging in searched not prohibited by law and without a warrant as an officer, agent, or employee of the United States to invade Victor's privacy (18 U.S.C §2236); for, or hiring others too, with the intent to kill, injure, harass, or intimidate Victor, stalked, or attempted to commit violent crimes against Victor (18 U.S.C §2261(a)); for committing torture against Victor intentionally (18 U.S.C §2340A); for engaging in prohibited acts of interception Victor's wire, oral, and electronic communications, with malicious intent (18 U.S.C §2511); for unlawful access to Victor's stored communications (18 U.S.C §2701); for unlawfully obtaining Victor's financial records (18 U.S.C §3402); for engaging in prohibited activity to obstruct the confidentiality of Victor's financial records (18 U.S.C §3403); for illegally using Victor's bank information (18 U.S.C §3412); for making, acquiring, scanning, capturing, recording, receiving and/or transmitting, reproducing, with the intent to defraud, Victor's

electronic signature that was in the defendants possession in order to forge and counterfeit documents, affidavits, records, or any other writing in the United States courts (18 U.S.C §474); for committing theft and embezzlement in connection with Victor's healthcare (18 U.S.C §669); for hiring thugs in costumes to pretend to be official United States employees (18 U.S.C §702); for receiving the proceeds of extortion (18 U.S.C §880); for committing major fraud against the United States, with the intent to do such, in regards to Victor's action (18 U.S.C §1031); for falsifying, covering up, and making false statements or representations, knowingly and willingly, and have made use of materially false writing or documents knowing the same to contain any materially false, fictitious, or fraudulent statement or entry in connection with health care matters involving Victor and this action (18 U.S.C §1035); for devising multiple schemes of fraud and swindles, with intent, in regards to manipulate the United States in regards to Victor's action (18 U.S.C §1341); for conspiring to engage in unlawful healthcare fraud in regards to Victor (18 U.S.C §1347); for committing conspiracy and/or attempting to commit conspiracy (18 U.S.C §1349); for corruptly influencing, intimidating, or impeding officers of the United States court in regards to Victors case (18 U.S.C §1503); for intentionally conspiring with others to retaliate against Victor who is a witness to public corruption and is a victim, and an informant/ whistleblower on said public corruption (18 U.S.C §1513); for the obstruction of

criminal investigations of all alleged healthcare offenses that have occurred during Victor's action (18 U.S.C §1518); for knowingly altering, destroying, mutilating, concealing, covering up, falsifying, or making false entries in records, documents, or tangible objects, with the intent to impede, obstruct, or influence the investigation or proper administration of Victors action within the jurisdiction of any department or agency of the United States (18 U.S.C §1519); for conspiring with others to take mail from any post office, or any mail carrier, before it was delivered to Victor and/or any proper court with the intent to obstruct, pry, open, or destroy said mail (18 U.S.C §1702); for using prohibited toxins, potions, and or weapons of mass destruction as an attempt to murder Victor or cause her extreme bodily harm; and all other allegations made herein.

**JURISDICTION AND VENUE**

2. Since Victor is naming the United States of America as a Defendant she is obligated by federal law 28 U.S.C §1346(a)(2) to file in the jurisdiction where she resides, which is the State of Massachusetts, making this jurisdiction proper.

3. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C §1332.

4. This court has jurisdiction over this matter because this action arises under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C §1331.

5. If necessary, this court is able to remove this action to any other district or division where it might have been

brought pursuant to 28 U.S.C §1404(a), including the United States Supreme Court.

**PLAINTIFF**

6. Danielle Victor, is an American citizen, who has been forced to represent herself in corrupt legal actions since 2021. Danielle Victor has no political, social, financial, personal, or financial affiliations, in general, or with any of the named Defendants.

**DEFENDANT(S)**

7. Defendant **THE UNITED STATES OF AMERICA** ("THE USA"), a federal corporation, agency, department, commission, board, or other entity of the United States; in its full capacity, under the color of law; operating under the laws of the United States of America. At times material to this Complaint the United States of America has employed agents, officers, and officials who have committed criminal acts while acting in their full capacity under the color of law. At times material to this Complaint, the United States, and all agencies and departments, have failed to provide Victor any assistance, whatsoever, in obtaining justice either by investigations, and/or stopping all alleged corruption. At times material to this Complaint, acting alone or in concert with others, the USA has engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, the USA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the

acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

8. Defendant **MERRICK GARLAND**("GARLAND), is an individual working in his full capacity, under the color of law, as the Attorney General of the United States of America. GARLAND transacts or has transacted business in Washington D.C, and throughout the United States. Victor knows, or the best of her knowledge believes, that GARLAND is addressed at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. At times material to this Complaint, acting alone or in concert with others, GARLAND engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, GARLAND has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

9. Defendant **PAUL MARCIANO** ("MARCIANO"), an individual, who Victor knows, or the best of her knowledge believes, that MARCIANO is addressed at 144 S BEVERLY DR STE 600 BEVERLY HILLS CA 90212. MARCIANO transacts, or has transacted business, in, and around the state of California, as well as multiple states in the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, MARCIANO, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At

times material to this Complaint, MARCIANO, has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

10. Defendant **THE CITY OF LOS ANGELES, A MUNICIPAL CORPORATION OF THE STATE OF CALIFORNIA, ACTING BY & THROUGH ITS DEPARTMENT OF WATER AND POWER** ("LOS ANGELES"), a foreign nonprofit corporation delegating under the laws of the State of Utah. LOS ANGELES transacts, or has transacted business, in, and around, the state of California. Victor believes, or knows to be true, that LOS ANGELES is addressed at 111 North Hope Street, Los Angeles, CA 90012. At times material to this Complaint, acting alone or in concert with others, LOS ANGELES, engaged in, covered up, conspired with, or aided and abetted all allegations made herein. Victor, believes, and knows to be true, that LOS ANGELES was responsible for more than half of the crimes alleged herein. At times material to this Complaint, LOS ANGELES, has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

11. Defendant **JAMS, INC.** ("JAMS"), a corporation operating under the laws of the state of Pennsylvania. Victor believes, or the best of her knowledge believes, that JAMS is addressed at 761 HAVERFORD AVE, BRYN MAWR, PA 19010. JAMS transacts, or has transacted business, in, and around, the entire United States. At times material to this Complaint, acting alone or in concert with others, JAMS, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, JAMS, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

12. Defendant **JAMS ADR SERVICES** ("JAMS ADR"), is a foreign business corporation operating under the laws of the state of Delaware. Victor believes, or to the best of her knowledge believes, that JAMS ADR is address at 9 E. Loockerman Street, Suite 311, Dover, Kent, DE, 19901. JAMS ADR transacts, or has transacted business, in, and around, the entire United States. At times material to this Complaint, acting alone or in concert with others, JAMS ADR, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this

Complaint, JAMS ADR, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

13. Defendant, **ROBERT BONTA** ("BONTA"), in his full capacity as the Attorney General of the State of California. Victor knows, or to the best of her knowledge believes, that BONTA is addressed at 300 South Spring street, Suite 1700, Los Angeles, CA 90013. BONTA transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, BONTA, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, BONTA, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint BONTA was either complicit or ignorant in what judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp- licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

14. Defendant **CITY OF LOS ANGELES LLC**, ("CITY OF LOS ANGELES") a California limited liability company, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that CITY OF LOS ANGELES is addressed at 6618 San Fernando Road, Glendale, CA 91201. CITY OF LOS ANGELES transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CITY OF LOS ANGELES, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, CITY OF LOS ANGELES, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

15. Defendant **CHRISTIAN NAVARRO** ("NAVARRO"), is an individual. Victor knows, or to the best of her knowledge believes, that NAVARRO is addressed at 2140 S DUPONT HWY, CAMDEN, Kent, DE, 19934 and/or 2107 Westwood Blvd., Los Angeles, CA 90025. NAVARRO transacts, or has transacted business, in, and around, the state of California, and other states within the United States. At times material to this Complaint, acting alone or in concert with others, NAVARRO, engaged in, covered up, or

payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, NAVARRO, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

16. Defendant **MAURICE MARCIANO** ("MAURICE"), is an individual. Victor knows, or to the best of her knowledge believes, that MAURICE is addressed at 144 S BEVERLY DR STE 600 BEVERLY HILLS CA 90212. MAURICE transacts, or has transacted business, in, and around, the United States, as well as overseas. At times material to this Complaint, acting alone or in concert with others, MAURICE, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, MAURICE, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

17. Defendant **SOUTHWEST WINE & SPIRITS, LLC** ("WALLY'S"), a Delaware limited liability company, operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that WALLY'S is addressed at 2140 Dupont

Hwy, Camden, Kent, DE, 19934, and/or 447 N Cannon Dr., Beverly Hills, CA 90210. WALLY'S transacts, or has transacted business, in, and around, the state of California, Las Vegas, and Hawaii. At times material to this Complaint, acting alone or in concert with others, WALLY'S, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, WALLY'S, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

18. Defendant **WALLY'S AUCTION HOUSE, LLC** ("WALLY'S AUCTION"), a California Limited Company; operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that WALLY'S AUCTION is addressed at 2107 Westwood Blvd., Los Angeles, CA 90025. WALLY'S AUCTION transacts, or has transacted business, in, and around, the state of California, Las Vegas, and Hawaii. At times material to this Complaint, acting alone or in concert with others, WALLY'S AUCTION, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, WALLY'S AUCTION, has formulated, directed, controlled, conspired, had

the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

19. Defendant **WALTER MOSLEY, A PROFESSIONAL CORPORATION** ("WALTER MOSLEY CORP."), a California Corporation; operating under the laws of the State of California. Victor knows, or to the best of her knowledge believes, that WALTER MOSLEY CORP. is addressed at 1055 W. 7th Street, 33rd Floor, Los Angeles, CA, 90017. WALTER MOSLEY CORP. transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, WALTER MOSLEY CORP., engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, WALTER MOSLEY CORP., has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

20. Defendant **WALTER MOSLEY** ("MOSLEY"), an individual, State Bar No.: 244169. Victor knows, or to best of her knowledge believes, that MOSLEY is addressed at 1055 W. 7th Street, 33rd Floor, Los Angeles, CA 90017. MOSLEY transacts, or has

transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, MOSLEY, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, MOSLEY, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

21. Defendant **ONE LEGAL, LLC** ("ONE LEGAL"), a Delaware limited liability company; operating under the laws of the state of Delaware. Victor knows, or to the best or her knowledge believes, that ONE LEGAL is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. ONE LEGAL transacts, or has transacted business, in, and around, the entire United States. At times material to this Complaint, acting alone or in concert with others, ONE LEGAL, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, ONE LEGAL, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

22. Defendant, **BLANCA M. GUTIERREZ** ("GUTIERREZ"), an individual. Victor knows, or the best or her knowledge believes that GUTIERREZ is addressed at 10100 Santa Monica Blvd, Suite 500, Los Angeles, CA 90067. GUTIERREZ transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, GUTIERREZ, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, GUTIERREZ, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

23. Defendant **SALLY D. GREIG, LLC** ("GREIG, LLC"), a Florida limited liability company; operating under the laws of the state of Florida. Victor knows, or to the best or her knowledge believes, that GREIG, LLC is addressed at 503-58th Street, Holmes Beach, FL, 34217. GREIG, LLC transacts, or has transacted business, in, and around, the state of California and/or other possible states within the United States. At times material to this Complaint, acting alone or in concert with others, GREIG, LLC, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made

herein. At times material to this Complaint, GREIG, LLC, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

24. Defendant, **SALLY D. GREIG** ("GREIG"), an individual, PECOS ID No.: 2365453164, and NPI No.:1578605945. Victor knows, or to the best or her knowledge believes, that GREIG is addressed at 415 N Camden Dr, Beverly Hills, CA 90210. GREIG, LLC transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, GREIG, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, GREIG, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

25. Defendant, **JUAN J. DOMINGUEZ** ("DOMINGUEZ"), an individual, State Bar No.: 131538. Victor knows, or to the best or her knowledge believes, that DOMINGUEZ is addressed at 3250 Wilshire Blvd., Suite 2200, Los Angeles, CA 90010 and/or 4725 NW 85th Ave., Unit 32, Doral, FL, 33166. DOMINGUEZ transacts, or

has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, DOMINGUEZ, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, DOMINGUEZ, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

26. Defendant **JACE H. KIM** ("KIM"), an individual. Victor knows, or the best or her knowledge believes that KIM is addressed at 3250 Wilshire Blvd., Suite 2200, Los Angeles, CA 90010 and/or 14241 Firestone Blvd, Ste 400, La Mirada, CA 90638. KIM transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, KIM, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, KIM, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

27. Defendant **THE DOMINGUEZ LAW FIRM, P.L.L.C.** ("THE DOMINGUEZ LAW"), a domestic limited liability company operating in the jurisdiction of Texas. Victor knows, or to the best or her knowledge believes, that THE DOMINGUEZ LAW is addressed at 5823 N MESA SUITE 831, El Paso, Texas, 79912, and/or 3250 Wilshire Blvd., Suite 2200, Los Angeles, CA 90010. THE DOMINGUEZ LAW transacts, or has transacted business, in, and around, the state of California and/or other possible states within the United States. At times material to this Complaint, acting alone or in concert with others, THE DOMINGUEZ LAW, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, THE DOMINGUEZ LAW, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

28. Defendant **AMANDA HEADWORTH** ("HEADWORTH"), an individual. Victor knows, or to the best or her knowledge believes, that HEADWORTH is addressed at 3250 Wilshire Blvd., Suite 2200, Los Angeles, CA 90010 and/or 9465 Wilshire Blvd., Suite 300, Beverly Hills, CA 90212. HEADWORTH transacts, or has transacted business, in, and around, the state of California. At

times material to this Complaint, acting alone or in concert with others, HEADWORTH, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, HEADWORTH, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

29. Defendant **GRACIE ESPARZA** ("ESPARZA"), an individual. Victor knows, or to the best of her knowledge believes, that ESPARZA is addressed at 1055 W. 7th Street, 33rd Floor, Los Angeles, CA 90017. ESPARZA transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, ESPARZA, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, ESPARZA, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

30. Defendant **NATHALIE MEZA CONTRERAS LAW, A PROFESSIONAL CORPORATION** ("CONTRERAS LAW"), a California domestic stock

corporation; operating under the laws of the State of California. Victor knows, or to the best of her knowledge believes, that CONTRERAS LAW is addressed at 1055 W. 7th Street, 33rd Floor, Los Angeles, CA 90017. CONTRERAS LAW transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CONTRERAS LAW, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, CONTRERAS LAW, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

31. Defendant **NATHALIE MEZA CONTRERAS** ("CONTRERAS"), an individual, State Bar No.: 322545. Victor knows, or to best of her knowledge believes, that CONTRERAS is addressed at 1055 W. 7th Street, 33rd Floor, Los Angeles, CA 90017. CONTRERAS transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CONTRERAS, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to

this Complaint, CONTRERAS, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

32. Defendant **STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS** ("DIR"), in its full capacity under color of law. Victor knows, or to the best of her knowledge believes, that DIR is addressed at 320 W. 4th Street, Suite 450, Los Angeles, CA 90013. DIR transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, DIR, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, DIR, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint. DIR was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

33. Defendant **KACEY RICCOMINI** ("RICCOMINI"), an individual. Victor knows, or to the best of her knowledge believes, that RICCOMINI is addressed at 10100 Santa Monica Boulevard, Suite 500, Los Angeles, CA 90067. RICCOMINI transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, RICCOMINI, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, RICCOMINI, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

34. Defendant **ARTHUR F. SILBERGELD** ("SILBERGELD"), an individual, State Bar No.: 81093. Victor knows, or to the best of her knowledge believes, that SILBERGELD is addressed at 10100 Santa Monica Boulevard, Suite 500, Los Angeles, CA 90067. SILBERGELD transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, SILBERGELD, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, SILBERGELD, has formulated,

directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

35. Defendant **THOMPSON COBURN, LLP** ("COBURN, LLP"), a foreign liability partnership, operating under the laws of the states of Missouri and Washington. Victor knows, or to the best of her knowledge believes, that COBURN, LLP is located at 505 N 7th Street, Saint Louis, MO, 63101 and/or One U.S. Bank Plaza, Suite 2700, Saint Louis, MO, 63101. THOMPSON COBURN transacts, or has transacted business, in, and around, the state of California and/or other states within the United States. At times material to this Complaint, acting alone or in concert with others, COBURN, LLP , engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, COBURN, LLP, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

36. Defendant **CARLOS EDUARDO MONTOYA SOLIS** ("MONTOYA"), an individual, State Bar No.: 317057. Victor knows, or to best of her knowledge believes, that MONTOYA is addressed at 1055 W. 7th

Street, 33rd Floor, Los Angeles, CA 90017. MONTOYA transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, MONTOYA, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, MONTOYA, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

37. Defendant **ALAN GOLDSTEIN** ("GOLDSTEIN"), an individual, State Bar No.: 296430. Victor knows, or to the best of her knowledge believes, that GOLDSTEIN is addressed at 26565 Agoura Rd Suite 200, Calabasas, CA 91302. GOLDSTEIN transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, GOLDSTEIN, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, GOLDSTEIN, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

38. Defendant **LISA BLOOM** ("BLOOM"), an individual, State Bar No.: 158458. Victor knows, or to the best of her knowledge believes, that BLOOM is addressed at 26565 Agoura Rd Suite 200, Calabasas, CA 91302. BLOOM transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, BLOOM, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, BLOOM, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

39. Defendant **BLOOM FIRM INC.** ("BLOOM FIRM"), a company operating under Delaware law. Victor knows, or to the best of her knowledge believes, that BLOOM FIRM is addressed at 26565 Agoura Rd Suite 200, Calabasas, CA 91302. BLOOM FIRM transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, BLOOM FIRM, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, BLOOM FIRM, has formulated, directed,

controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

40. Defendant **THE BLOOM FIRM, A PROFESSIONAL CORPORATION** ("BLOOM FIRM CORP."), a California corporation; operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that BLOOM FIRM INC. is addressed at 26565 Agoura Rd Suite 200, Calabasas, CA 91302. BLOOM FIRM CORP. transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, BLOOM FIRM CORP., engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, BLOOM FIRM CORP., has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

41. Defendant **STATE OF CALIFORNIA CIVIL RIGHTS DEPARTMENT** ("CA CIVIL RIGHTS DEPT."), in its full capacity. Victor knows, or to the best of her knowledge believes, that 320 West 4th Street, Suite 1000, 10th Floor, Los Angeles, CA 90013. CA CIVIL

RIGHTS DEPT. transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CA CIVIL RIGHTS DEPT., engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, CA CIVIL RIGHTS DEPT., has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

42. Defendant **EQUAL EMPLOYMENT AGENCY, INC.** ("EQUAL EMPLOYMENT"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that EEOC is address at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808 and/or 131 M Street, NE, Washington, DC 20507. EQUAL EMPLOYMENT transacts, or has transacted business, in, and around, the state of California, and multiple states within the United States. At times material to this Complaint, acting alone or in concert with others, EQUAL EMPLOYMENT, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, EQUAL EMPLOYMENT, has formulated, directed, controlled, conspired, had the authority to control, had the

authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

43. Defendant **GOOGLE LLC** ("GOOGLE"), a Delaware limited liability company; operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that GOOGLE is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. GOOGLE transacts, or has transacted business, in, and around, the United States. At times material to this Complaint, acting alone or in concert with others, GOOGLE, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, GOOGLE, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

44. Defendant **RSA DATA SECURITY, INC.** ("RSA"), a corporation operating under Delaware Law. Victor knows, or to the best of her knowledge believes, that RSA is address at 1209 Orange Street, Wilmington, New Castle, DE, 19801. RSA transacts, or has transacted business, in, and around, the United States. At times material to this Complaint, acting alone or in concert

with others, RSA, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, RSA, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

45. Defendant **APPLE INC.** ("APPLE"), a California corporation; operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that APPLE is addressed at One Apple Park Way, Cupertino, CA, 95014. APPLE transacts, or has transacted business, in, and around, the state of California, and throughout the United States. At times material to this Complaint, acting alone or in concert with others, APPLE, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, APPLE, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

46. Defendant **CISCO SYSTEMS, INC.** ("CISCO"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that CISCO is addressed at 3500 S. Dupont Hwy, Dover, Kent, DE, 19901. CISCO transacts, or has transacted business, in, and around, the state of California, and throughout the United States. At times material to this Complaint, acting alone or in concert with others, CISCO, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, CISCO, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

47. Defendant **GAVIN NEWSOM** ("NEWSOM"), in his full capacity as the Governor of the State of California. Victor knows, or to the best of her knowledge believes, that NEWSOM is addressed at 1021 O Street, Suite 9000, Sacramento, CA, 95814. NEWSOM transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, NEWSOM, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, NEWSOM has formulated,

directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint NEWSOM was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

48. Defendant **AMERICAN ARBITRATION ASSOCIATION, INC.** ("AAA"), a corporation operating under New York law. Victor knows, or to the best of her knowledge believes, that AAA is addressed at 80 State Street, Albany, NY, 12207. CISCO transacts, or has transacted business, in, and around, the state of California, and through out the United States. At times material to this Complaint, acting alone or in concert with others, AAA, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, AAA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

49. Defendant **ANDREW BARTON** ("BARTON"), an individual. Victor knows, or to the best of her knowledge believes, that BARTON is addressed at 80 State Street, Albany, NY, 12207, and/ or 725 S Figueroa St UNIT 400, Los Angeles, CA 90017. BARTON transacts, or has transacted business, in, and around, the state of California, and through out the United States. At times material to this Complaint, acting alone or in concert with others, BARTON, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, BARTON has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

50. Defendant **GEORGE GASCON** ("GASCON"), in his full capacity as the Los Angeles County District Attorney. Victor knows, or to the best of her knowledge believes, that GASCON is addressed at 777 S Figueroa Street, Suite 4050, Los Angeles, CA 90017. GASCON transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, GASCON, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, GASCON has formulated, directed, controlled, had the authority

to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint GASCON was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

51. Defendant **LOS ANGELES COUNTY BAR ASSOCIATION** ("LACBA"), a California domestic nonprofit, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that LACBA is addressed at 200 South Spring Street, Los Angeles, CA 90012 and/or 1055 W. 7th Street, 27th Floor, Los Angeles, CA 90017. LACBA transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, LACBA, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LACBA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

52. Defendant **ADR SERVICES, INC.** ("ADR SERVICES"), a California domestic stock corporation, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that ADR SERVICES is addressed at 1900 Avenue of the Stars, Suite 200, Los Angeles, CA 90067. ADR SERVICES transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, ADR SERVICES, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, ADR SERVICES has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

53. Defendant **INSTAGRAM, LLC** ("IG"), a Delaware limited liability company, operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that IG is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. IG transacts, or has transacted business, in, and around, through out the United States and overseas. At times material to this Complaint, acting alone or in concert with others, IG, engaged in, covered up, or failed to properly investigate all allegations made herein. At

times material to this Complaint, IG has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

54. Defendant **INSTAGRAM, INC.** ("INSTAGRAM"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that INSTAGRAM is addressed at 3500 S Dupont Hwy, Dover, Kent, DE, 19901. INSTAGRAM transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, INSTAGRAM, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, INSTAGRAM has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

55. Defendant **FACEBOOK GLOBAL HOLDINGS II, LLC** ("FACEBOOK GLOBAL"), a Delaware limited liability company, operating under the laws of the state of Delaware. Victor knows, or the best of her knowledge believes, that FACEBOOK GLOBAL is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. FACEBOOK GLOBAL transacts, or has transacted business, in, and around,

the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, FACEBOOK GLOBAL, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FACEBOOK GLOBAL has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

56. Defendant **FACEBOOK, INC.** ("FACEBOOK"), a corporation operating under Delaware law. Victor knows, or the best of her knowledge believes, that FACEBOOK is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. FACEBOOK transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, FACEBOOK, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FACEBOOK has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

57. Defendant **YOUTUBE, INC.** ("YOUTUBE"), a corporation operating under Delaware law. Victor knows, or to the best or her knowledge believes, that YOUTUBE is addressed at 1209 Orange Street, Wilmington, New Castle, DE 19801. YOUTUBE transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, YOUTUBE, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, YOUTUBE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

58. Defendant **YOUTUBE, LLC** ("YOUTUBE, LLC"), a Delaware limited liability company, operating under the laws of the state of Delaware. Victor knows, or to the best or her knowledge believes, that YOUTUBE, LLC is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 1808. YOUTUBE, LLC transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, YOUTUBE, LLC, engaged in, covered up, or failed to properly investigate all allegations made herein. At times

material to this Complaint, YOUTUBE, LLC has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

59. Defendant **SNAPCHAT, INC.** ("SNAPCHAT"), a foreign business corporation reservation operating under the laws of New York. Victor knows, or to the best of her knowledge believes, that SNAPCHAT is addressed at 3000 31st Street Santa Monica, CA, 90405, and/or 251 Little Falls Drive, Wilmington, New Castle, DE, 1808, and/or 229 W 43rd Street, New York, NY, 10036. SNAPCHAT transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, SNAPCHAT, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, SNAPCHAT has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

60. Defendant **TWITTER, INC.** ("TWITTER"), a corporation operating under Delaware law. Victor knows, or to the best of

her knowledge believes, that TWITTER is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. TWITTER transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, TWITTER, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, TWITTER has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

61. Defendant **CHRISTIE'S WINE, INC.** ("CHRISTIE'S WINE"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that CHRISTIE'S WINE is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. CHRISTIE'S WINE transacts, or has transacted business, in, and around, the state of California, and throughout the United States. At times material to this Complaint, acting alone or in concert with others, CHRISTIE'S WINE, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CHRISTIE'S WINE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the

acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

62. Defendant **DELTA AIR LINES, INC.** ("DELTA"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that DELTA is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. DELTA transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, DELTA engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, DELTA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

63. Defendant **3900 WA ASSOCIATES, LLC** ("3900 WA"), a Delaware limited liability company, operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that 3900 WA is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. 3900 WA transacts, or has transacted business, in, and around, the state of California and Hawaii. At times material to this Complaint, acting alone or in concert with others, 3900 WA engaged in, covered up, or

failed to properly investigate all allegations made herein. At times material to this Complaint, 3900 WA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

64. Defendant **TIKTOK INC.** ("TIKTOK"), a corporation operating under the laws of the state of New York. Victor knows, or to the best of her knowledge believes, that TIKTOK is addressed at 237 Flatbush Avenue, Suite 236, Brooklyn, NY, 11217, and/or 5800 Bristol Parkway C3 Culver City, Los Angeles, CA 90230. TIKTOK transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, TIKTOK engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, TIKTOK has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

65. Defendant **TIKTOK GLOBAL INC.** ("TIKTOK GLOBAL"), a corporation operating under Delaware law. Victor knows, or to

the best of her knowledge believes, that TIKTOK GLOBAL is addressed at 3422 Old Capitol Trl, Suite 700, Wilmington, DE, 19808. TIKTOK GLOBAL transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, TIKTOK GLOBAL engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, TIKTOK GLOBAL has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

66. Defendant **YAHOO! COMMUNICATIONS USA, INC.** ("YAHOO"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that YAHOO is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. YAHOO transacts, or has transacted business, in, and around, the state of California, and throughout the United States. At times material to this Complaint, acting alone or in concert with others, YAHOO engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, YAHOO has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful

acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

67. Defendant **OATH INC.** ("OATH"), a corporation operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that OATH is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. OATH transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, OATH engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, OATH has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

68. Defendant **OATH HOLDINGS INC.** ("OATH HOLDINGS"), a corporation operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that OATH HOLDINGS is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. INSTAGRAM transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, OATH HOLDINGS engaged in,

covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, OATH HOLDINGS has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

69. Defendant **AMAZON (USA) INC.** ("AMAZON"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that AMAZON is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. AMAZON transacts, or has transacted business, in, and around, the state of California, and throughout the United States, and overseas. At times material to this Complaint, acting alone or in concert with others, AMAZON engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, AMAZON has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

70. Defendant **ALEXA INTERNET** ("ALEXA"), a California corporation, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that ALEXA is addressed at 410 Terry Avenue, North

Seattle, WA, 98109. ALEXA transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, ALEXA engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, ALEXA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

71. Defendant **THE STATE BAR OF CALIFORNIA** ("CALBAR"), in its full capacity, type of entity is unknown to Victor. Victor knows, or to the best of her knowledge believes, that CALBAR is addressed at 845 South Figueroa Street, Los Angeles, CA, 90017, and/or 180 Howard Street, San Francisco, CA, 94105. CALBAR transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CALBAR engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CALBAR has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts,

practices, conspiracies, or unlawful conduct set forth in this Complaint;

72. Defendant **CALBAR HOLDINGS LLC** ("CALBAR HOLDINGS"), a California limited liability company, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that CALBAR HOLDINGS is addressed at 502 Sonoma Range Street, Las Vegas, NV, 89138, and/or 1094 Cudahy Place, Suite 112, San Diego, CA 92110. CALBAR HOLDINGS transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CALBAR HOLDINGS engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CALBAR HOLDINGS has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

73. Defendant **CONCORD VENTURES, INC.** ("CONCORD VENTURES"), a corporation operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that CONCORD VENTURES is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. CONCORD VENTURES transacts, or has transacted business, in, and around, the state of

California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, CONCORD VENTURES engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CONCORD VENTURES has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

74. Defendant **1840 HIGHLAND PARTNERS, LLC** ("1840 HIGHLAND"), a California domestic company, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that 1840 HIGHLAND is addressed at 8491 Sunset Blvd., Suite 497, West Hollywood, CA 90069, and/or 20501 Ventura Blvd., Suite 262, Woodland Hills, CA, 91364. 1840 HIGHLAND transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, 1840 HIGHLAND engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, 1840 HIGHLAND has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

75. Defendant **JASON FENESCEY** ("FENESCEY"), an individual. Victor knows, or to the best of her knowledge believes, that FENESCEY is addressed at 8491 Sunset Blvd., Suite 497, West Hollywood, CA 90069, and/or 20501 Ventura Blvd., Suite 262, Woodland Hills, CA, 91364, and/or 1825 N Las Palmas Ave, Los Angeles, CA 90028. FENESCEY transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, FENESCEY engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FENESCEY has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

76. Defendant **MOSS MANAGEMENT SERVICES, INC.** ("MOSS MANAGEMENT"), a California domestic stock company, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that MOSS MANAGEMENT is addressed at 15300 Venture Blvd., Suite 405, Sherman Oaks, CA 91403. MOSS MANAGEMENT transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, MOSS MANAGEMENT engaged in, covered up, or failed to properly

investigate all allegations made herein. At times material to this Complaint, MOSS MANAGEMENT has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

77. Defendant **WELLS FARGO BANK, NATIONAL ASSOCIATION** ("WELLS FARGO"), a California foreign stock, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that WELLS FARGO is addressed at 101 N. Phillips Avenue, Sioux Falls, SD, 57104, and/or 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA, 95833. WELLS FARGO transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, WELLS FARGO engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, WELLS FARGO has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

78. Defendant **WELLS FARGO BANK, N.A.** ("WELLS FARGO BANK"), a corporation operating under the laws of the state of Florida. Victor knows, or to the best of her knowledge believes, that

WELLS FARGO BANK is addressed at 1201 Hayes Street, Tallahassee, FL, 32301, and/or 420 Montgomery Street, San Francisco, CA, 94163. WELLS FARGO BANK transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, WELLS FARGO BANK engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, WELLS FARGO BANK has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

79. Defendant **J&J BUILDERS CONSTRUCTION INC** ("J&J BUILDERS"), a domestic business corporation operating under the laws of Minnesota. Victor knows, or to the best of her knowledge believes, that J&J BUILDERS is addressed at 1409 14th Ave NE, Willmar, MN, 56201. J&J BUILDERS transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, J&J BUILDERS engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, J&J BUILDERS has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts,

practices, conspiracies, or unlawful conduct set forth in this Complaint;

80. Defendant **CONCORD CONSTRUCTION LLC** ("CONCORD CONSTRUCTION"), a California limited liability company, operating under the laws of the state of California. Victor knows, or the best of her knowledge believes, that CONCORD CONSTRUCTION is addressed at 449 South Beverly Drive, 1st Floor, Beverly Hills, CA 90212. CONCORD VENTURES transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CONCORD CONSTRUCTION engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CONCORD CONSTRUCTION has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

81. Defendant **CONCORD CONSTRUCTION INC.** ("CONCORD"), a corporation operating under the laws of the state of California. Victor knows, or the best of her knowledge believes, that CONCORD is addressed at 449 South Beverly Drive, 1st Floor, Beverly Hills, CA 90212. CONCORD transacts, or has transacted business, in, and around, the state of California. At times

material to this Complaint, acting alone or in concert with others, CONCORD engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CONCORD has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

82. Defendant **CONCORD CONSTRUCTION LLC** ("CONCORD CONSTRUCTION LLC"), a California limited liability company, operating under the laws of the state of California. Victor knows, or the best of her knowledge believes, that CONCORD CONSTRUCTION LLC is addressed at 449 South Beverly Drive, 1st Floor, Beverly Hills, CA 90212. CONCORD CONSTRUCTION LLC transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, CONCORD CONSTRUCTION LLC engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CONCORD CONSTRUCTION LLC has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

83. Defendant **VERIZON COMMUNICATIONS INC.** ("VERIZON"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that VERIZON is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. VERIZON transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, VERIZON engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, VERIZON has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

84. Defendant **AT&T CORP.** ("AT&T"), a domestic business corporation operating under the laws of the state of New York. Victor knows, or to the best of her knowledge believes, that AT&T is addressed at 120 South Central Avenue, Clayton, MO, 63105. AT&T transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, AT&T engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, AT&T has formulated, directed,

controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

85. Defendant **MERRIMACK MEDICAL & WALK IN CENTER, L.L.C.** ("MMWIC"), a Massachusetts domestic limited liability company, operating under the laws of the state of Massachusetts. Victor knows, or to the best of her knowledge believes, that MMWIC is addressed at 25 Marston Street, 3rd Floor, Lawrence, MA, 01841. MMWIC transacts, or has transacted business, in, and around, the state of Massachusetts. At times material to this Complaint, acting alone or in concert with others, MMWIC engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, MMWIC has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

86. Defendant **MERRIMACK MEDICAL & WALK IN S, LLC** ("MERRIMACK MEDICAL"), a Massachusetts domestic limited liability company, operating under the laws of the state of Massachusetts. Victor knows, or to the best of her knowledge believes, that MERRIMACK MEDICAL is addressed at 25 Marston Street, 3rd Floor, Lawrence, MA, 01841. MERRIMACK MEDICAL

transacts, or has transacted business, in, and around, the state of Massachusetts. At times material to this Complaint, acting alone or in concert with others, MERRIMACK MEDICAL engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, MERRIMACK MEDICAL has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

87. Defendant **DAVID FARZAN, M.D.** ("FARZAN"), an individual. Victor knows, or to the best of her knowledge believes, that FARZAN is addressed at 25 Marston Street, 3rd Floor, Lawrence, MA, 01841. FARZAN transacts, or has transacted business, in, and around, the state of Massachusetts. At times material to this Complaint, acting alone or in concert with others, FARZAN engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FARZAN has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

88. Defendant **Jennifer Anderson, NP-C** ("ANDERSON"), an individual. Victor knows, or to the best of her knowledge

believes, that ANDERSON is addressed at 25 Marston Street, 3rd Floor, Lawrence, MA, 01841. ANDERSON transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, ANDERSON engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, ANDERSON has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

89. Defendant **GUESS? RETAIL, INC** ("GUESS?"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that GUESS? is addressed at 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808. GUESS? transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, GUESS? engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, GUESS? has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful

acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

90. Defendant **LOS ANGELES POLICE THE POLICE DEPARTMENT LLC** ("LAPD"), a California limited liability policy, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that the LAPD is addressed at 636 W 85th Street, Los Angeles, CA 90044. LAPD transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, LAPD, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LAPD has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint LAPD was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

91. Defendant **JEFF GREENE** ("GREENE"), an individual. Victor knows, or to the best of her knowledge believes that, GREENE is addressed at 8491 Sunset Blvd., Suite 497, West Hollywood, CA

90069, and/or 20501 Ventura Blvd., Suite 262, Woodland Hills, CA, 91364. GREENE transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, GREENE engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, GREENE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

92. Defendant **LUCENT TECH, INC.** ("LUCENT TECH"), a corporation operating under Virginia law. Victor knows, or to the best of her knowledge believes, that LUCENT TECH is addressed 11921 Freedom Dr., Suite 550, Reston, VA, 20190. LUCEN TECH transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, LUCENT TECH engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LUCENT TECH has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts,

practices, conspiracies, or unlawful conduct set forth in this Complaint;

93. Defendant **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** ("THE REGENTS"), a California Statutory Corporation formed under the Constitution. Victor knows, or to the best of her knowledge believes, that THE REGENTS is addressed at 1111 FRANKLIN STREET 8TH FLOOR, OAKLAND, CA, 94607. THE REGENTS transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, THE REGENTS, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, THE REGENTS has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint THE REGENTS was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

94. Defendant **MOZILLA CORPORATION** ("MOZILLA"), a California stock corporation, operating under the laws of the state of

California. Victor knows, or to the best of her knowledge believes, that MOZILLA is addressed at 149 NEW MONTGOMERY STREET 4TH FLOOR SAN FRANCISCO CA 94105, and/or 818 W SEVENTH ST, LOS ANGELES, CA 90017. MOZILLA transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, MOZILLA engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, MOZILLA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

95. Defendant **SONY COMPUTER ENTERTAINMENT AMERICA INC.** ("SONY COMPUTER"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that SONY COMPUTER is addressed at 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808. SONY COMPUTER transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, SONY COMPUTER engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint,

SONY COMPUTER has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

96. Defendant **WORLD WIDE WEB CONSORTIUM, INC.** ("WWW"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that WWW is addressed at 3500 S DUPONT HWY, DOVER, DE, 19901. WWW transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, WWW engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, WWW has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

97. Defendant **DIAMOND MOVING & STORAGE, INC.** ("DIAMOND MOVING"), a corporation operating under the laws of the state of New York. Victor knows, or to the best of her knowledge believes, that DIAMOND MOVING is addressed at 179 JAMAICA RD., Tonawanda, New York, 14150. DIAMOND MOVING transacts, or has transacted business, in, and around, the state of California and

throughout the United States. At times material to this Complaint, acting alone or in concert with others, DIAMOND MOVING engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, DIAMOND MOVING has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

98. Defendant **THE CATCH GROUP, INC.** ("CATCH"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that CATCH is addressed at 3500 S DUPONT HWY, DOVER, Kent, DE, 19901. CATCH transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, CATCH engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CATCH has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

99. Defendant **TILMAN FERTITTA** ("FERTITTA"), an individual. Victor knows, or to the best of her knowledge believes, that

FERTITTA is addressed at 3500 S DUPONT HWY, DOVER, Kent, DE, 19901. FERTITTA transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, FERTITTA engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FERTITTA has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

100. Defendant **DOCUSIGN, INC.** ("DOCUSIGN"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that DOCUSIGN is addressed at 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808. DOCUSIGN transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, DOCUSIGN engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, DOCUSIGN has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

101. Defendant **REFINITIV GLOBAL MARKETS INC.** ("REFINITIV"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that REFINITIV is addressed at 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808. REFINITIV transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, REFINITIV engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, REFINITIV has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

102. Defendant **NOKIA INC.** ("NOKIA"), a corporation operating under Delaware law. Victor knows, or to the best of her knowledge believes, that NOKIA is addressed at 160 Greentree Drive, Suite 101, Dover, Kent, DE, 19904. NOKIA transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, NOKIA engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, NOKIA has formulated, directed, controlled, had the authority to

control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

103. Defendant **INTEL CORPORATION** ("INTEL"), a corporation operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that INTEL is addressed at 1209 Orange Street, Wilmington, New Castle, DE, 19801. INTEL transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, INTEL engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, INTEL has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

104. Defendant **ADOBE INC.** ("ADOBE"), a corporation operating under the laws of the state of Delaware. Victor knows, or to the best of her knowledge believes, that ADOBE is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. ADOBE transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in

concert with others, ADOBE engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, ADOBE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

105. Defendant **VAL'S MOVING AND STORAGE, LLC** ("VAL'S MOVING"), a California limited liability company, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that VAL'S is addressed at 21611 Cezanne Pl., Woodland Hills, CA, 91364. VAL'S MOVING transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, VAL'S MOVING engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, VAL'S MOVING has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

106. Defendant **VALERIE JANE RADOW** ("RADOW"), an individual. Victor knows, or to the best of her knowledge believes, that RADOW is addressed at 21611 Cezanne Pl., Woodland Hills, CA,

91364. RADOW transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, RADOW engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, RADOW has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

107. Defendant **LOS ANGELES FIRE DEPARTMENT FOUNDATION** ("LAFD"), a California domestic nonprofit. Victor knows, or to the best of her knowledge believes, that LAFD is addressed at 1875 Century Park East, Suite 200, Los Angeles, CA 90067, and/or 1700 Stadium Way, Suite 100, Los Angeles, CA 90012. LAFD transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, LAFD engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LAFD has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

108. Defendant **LEMONADE INSURANCE AGENCY, LLC** ("LEMONADE INSURANCE"), a limited liability company operating under the laws of New York. Victor knows, or to the best of her knowledge believes, that LEMONADE INSURANCE is addressed at 10 Bank Street, Suite 560, White Plains, New York, 10606. LEMONADE INSURANCE transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, LEMONADE INSURANCE engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LEMONADE INSURANCE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

109. Defendant **LEMONADE, INC.** ("LEMONADE"), a corporation operating under the laws of Delaware. Victor knows, or to the best of her knowledge believes, that LEMONADE is addressed at 251 Little Falls Drive, Wilmington, New Castle, DE, 19808. LEMONADE transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, LEMONADE engaged in, covered up, or failed to

properly investigate all allegations made herein. At times material to this Complaint, LEMONADE has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

110. Defendant **LEMONADE INSURANCE COMPANY** ("LEMONADE INSURANCE COMPANY"), a California Corporation, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that LEMONADE INSURANCE COMPANY is addressed at 5 Crosby Street, Floor 3, New York, NY, 10013, and/or 608 University Ave, Sacramento, CA, 95825. LEMONADE INSURANCE COMPANY transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, LEMONADE INSURANCE COMPANY engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, LEMONADE INSURANCE COMPANY has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

111. Defendant **FEDERAL BUREAU OF INVESTIGATION RECREATION ASSOCIATION** ("FBI RECREATION"), a nonprofit operating under the

laws of the state of Oklahoma. Victor knows, or to the best of her knowledge believes that, FBI is addressed at 3301 W Memorial Road Oklahoma City, OK, 73134. FBI RECREATION transacts, or has transacted business, throughout the United States. At times material to this Complaint, acting alone or in concert with others, FBI RECREATION, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FBI RECREATION has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint FBI RECREATION was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

112. Defendant **FEDERAL BUREAU OF INVESTIGATION** ("FBI"), entity unknown, acting in its full capacity under color of law. Victor knows, or to the best of her knowledge believes, that FBI is addressed at 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001. FBI transacts, or has transacted business, throughout the United States. At times material to this

Complaint, acting alone or in concert with others, FBI, engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, FBI has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint FBI was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

113. Defendant **MARK BIRNBAUM** ("BIRNBAUM"), an individual, located in Los Angeles, CA, transacting business in Los Angeles, Las Vegas, Miami, and New York, to Victor's knowledge. Victor knows, or to the best of her knowledge believes, that BIRNBAUM is addressed at 3500 S DUPONT HWY, DOVER, Kent, DE, 19901, and/or 8715 Melrose Ave, West Hollywood, CA 90069. BIRNBAUM transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, BIRNBAUM engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to

this Complaint, BIRNBAUM has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

114. Defendant **EUGENE REMM** ("REMM"), an individual, located in Los Angeles, CA, transacting business in Los Angeles, Las Vegas, Miami, and New York, to Victor's knowledge. Victor knows, or to the best of her knowledge believes, that REMM is addressed at 3500 S DUPONT HWY, DOVER, Kent, DE, 19901, and/or 8715 Melrose Ave, West Hollywood, CA 90069. REMM transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, REMM engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, REMM has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

115. Defendant **CATCH HOSPITALITY GROUP PRODUCTIONS LLC** ("CATCH HOSPITALITY"), a NY limited liability company, operating under the laws of the state of New York. Victor knows, or to the best of her knowledge believes, that CATCH HOSPITALITY is

addressed at 28 LIBERTY ST., New York, NY, 10005. CATCH HOSPITALITY transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, CATCH HOSPITALITY engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, CATCH HOSPITALITY has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

116. Defendant **RICHARD G. REINIS** ("REINIS"), an individual, State Bar No.: 45811. Victor knows, or to the best of her knowledge believes, that REINIS is addressed at 10100 Santa Monica Boulevard, Suite 500, Los Angeles, CA 90067. REINIS transacts, or has transacted business, in, and around, the state of California. At times material to this Complaint, acting alone or in concert with others, REINIS, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, REINIS, has formulated, directed, controlled, conspired, had the authority to control, had the authority to

stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

117. Defendant **ASSOCIATION OF SPECIAL AGENTS - DEPARTMENT OF JUSTICE** ("ASSOCIATION OF SPECIAL AGENTS"), a California nonprofit corporation, operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes that, ASSOCIATION OF SPECIAL AGENTS is addressed at 2029 H STREET SACRAMENTO CA 95811. ASSOCIATION OF SPECIAL AGENTS transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with others, ASSOCIATION OF SPECIAL AGENTS engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, ASSOCIATION OF SPECIAL AGENTS has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint ASSOCIATION OF SPECIAL AGENTS was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

118. Defendant **UNITED STATES DEPARTMENT OF JUSTICE** ("DOJ"), in its full capacity, under color of law, entity form unknown by Victor. Victor knows, or to her best knowledge believes, that DOJ is addressed at 950 Pennsylvania Avenue, NW, Washington DC 20530. DOJ transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with others, DOJ engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, DOJ has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint DOJ was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

119. Defendant **CALIFORNIA DEPARTMENT OF REHABILITATION** ("DOR"), in its full capacity, under the color of law, entity form unknown by Victor. Victor knows, or to the best of her knowledge believes, that DOR is addressed at 721 Capitol Mall, Sacramento, CA 95814, and/or 888 South Figueroa, Suite 900, Los

Angeles, CA 90017. DOR transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with others, DOR engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, DOR has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint DOR was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

120. Defendant **AFFIRMATIVE ACTION/EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE GROUP, INCORPORATED** ("AFFIRMATIVE ACTION/ EEOC"), a domestic stock corporation operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes that AFFIRMATIVE ACTION/EEOC is addressed at 5516 W 142nd Street, Hawthorne, CA 90250. AFFIRMATIVE ACTION/ EEOC transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with

others, AFFIRMATIVE ACTION/EEOC engaged in, covered up, or failed to properly investigate all allegations made herein. At times material to this Complaint, AFFIRMATIVE ACTION/EEOC has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint AFFIRMATIVE ACTION/EEOC was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

121. Defendant **SECURITIES & EXCHANGE COMMISSION- OIG'S ENFORCEMENT DIVISION** ("SEC"), a Colorado limited liability company, operating under the laws of the state of Colorado. Victor knows, or to the best of her knowledge believes, that SEC is addressed at 7700 E Arapahoe Road, Suite 220, Centennial, CO, 80112, and/or 444 South Flower Street, Suite 900, Los Angeles, CA 90071. SEC transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with others, SEC engaged in, covered up, or failed to properly investigate all allegations made herein. At times

material to this Complaint, SEC has formulated, directed, controlled, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint. At times material to this Complaint AFFIRMATIVE SEC was either complicit or ignorant in what Judicial and/or governmental employees, officials, officers, agents, were engaging in criminally; and such comp-licitness and/or ignorance caused Victor, and many other American people, direct harm even almost death;

122. Defendant **ERVIN COHEN & JESSUP LLP** ("ERVIN COHEN"), a limited liability partnership operating under the jurisdiction of Wyoming. Victor knows, or to the best of her knowledge believes, that ERVIN COHEN is addressed at 9401 Wilshire Blvd, 12th Floor, Beverly Hills, CA 90212, and/or 1603 Capitol Ave Suite 310, Cheyenne, WY, 82001. ERVIN COHEN transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, ERVIN COHEN, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, ERVIN COHEN, has formulated, directed, controlled, conspired, had the authority to control,

had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

123. Defendant **AIMET NAVARRETE** ("NAVARRETE"), an individual transaction business in, and around, Los Angeles County. Victor knows, or to the best of her knowledge believes that, NAVARRETE is addressed at 14037 Garfield Avenue Suite G, Paramount, CA 90723, and/or 15013 Graystone Avenue, Norwalk, CA, 90650. NAVARRETE transacts, or has transacted business, in, and around, the state of California and throughout the United States.At times material to this Complaint, acting alone or in concert with others, NAVARRETE, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, NAVARRETE, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

124. Defendant **SOCAL GAS LLC**, ("SOCAL GAS"), a California limited liability company operating under the laws of the state of California. Victor knows, or to the best of her knowledge believes, that SOCAL GAS is addressed at 7377 LA PALMA AVE UNIT 6980 BUENA PARK CA 90622. SOCAL GAS transacts, or has transacted

business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, SOCAL GAS, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, SOCAL GAS, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

125. Defendant **SEMPRA** ("SEMPRA"), a California corporation. Victor knows, or to the best of her knowledge believes, that SEMPRA is addressed at 488 8TH AVENUE SAN DIEGO CA 92101, and/ or, 5901 W. CENTURY BLVD. #750 LOS ANGELES CA 90045. SEMPRA transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, SEMPRA, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, SEMPRA, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

126. Defendant **HD SUPPLY POWER SOLUTIONS, LTD.** ("HD SUPPLY"), a Florida Domestic Limited Partnership. Victor knows, or to the best of her knowledge believes, that HD SUPPLY is addressed at 232 Market Street, Flowood, MS 39232, and/or 2301 PATRIOT BLVD., GLENVIEW, IL, 60026. HD SUPPLY transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, HD SUPPLY, engaged in, covered up, or payed officials of the United States to fail to properly investigate all allegations made herein. At times material to this Complaint, HD SUPPLY, has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

127. Defendant **HDS IP HOLDING, LLC** ("HDS"), a Nevada domestic limited liability company. Victor knows, or to the best of her knowledge believes, that HDS is addressed at 112 NORTH CURRY STREET, Carson City, NV, 89703. HDS transacts, or has transacted business, in, and around, the state of California and throughout the United States. At times material to this Complaint, acting alone or in concert with others, HDS engaged in, covered up, or payed officials of the United States to fail

to properly investigate all allegations made herein. At times material to this Complaint, HDS has formulated, directed, controlled, conspired, had the authority to control, had the authority to stop unlawful acts, or participated in the acts, practices, conspiracies, or unlawful conduct set forth in this Complaint;

128. 148. Defendant DOES 1-100, inclusive;

129. Defendant individual DOES 1-100, inclusive.

**RACKETEERING ENTERPRISE**

130. Victor, knows, or to the best of her knowledge believes, that each Defendant named herein, and all known, and/or unknown, accomplices of said Defendants, are part of a criminal racketeering enterprise pursuant to 18 U.S.C §1961. In fact, Victor attempted to whistleblow on this public corruption and criminal gang organization which nearly cost Victor her life. This organization has worked tirelessly for the past three years to obstruct justice, proceedings, and investigations to prevent criminal prosecution, and to avoid legal, financial, political, social, and/or personal accountability, in addition to sabotaging Victor's equal right for due process for justice, including, monetary relief and all other available relief by law for all allegations made by Victor.

**NATURE OF CASE**

131. On February 14, 2019 VICTOR was hired to be a hostess at Defendants WALLY'S, WALLY'S AUCTION, DELTA, CHRISTIE'S WINE, 3900 WA. On February 15, 2019 VICTOR began her five month employment with WALLY'S, WALLY'S AUCTION, DELTA, CHRISTIE'S WINE, 3900 WA, that would end up being torturous and essentially the reason VICTOR would have almost lost her life. During her employment VICTOR was subjected to brutal discrimination, retaliation, harassment, sexual harassment, and was sexually assaulted by customers which was encouraged and supported by the management and owners. VICTOR was verbally abused, discriminated against for her color, race, ethnicity, and genetic body type. Lastly, VICTOR was wrongfully terminated after fighting against her opposition to the unlawful treatment she was receiving in her work environment. After being wrongfully terminated VICTOR was never paid her final wages, nor was she ever given the wages, required by law, after separation from the Defendants employment. The full two hundred page document that has each specific allegation made against the Defendants by Victor has been submitted to this Court, the Central District Court of California, the Los Angeles Superior Court, to defendant JAMS, JAMS ADR, AAA, ADR SERVICES, DIR, AFFIRMATIVE ACTION/EEOC, CA CIVIL RIGHTS DEPT., EQUAL EMPLOYMENT, CALBAR, LAPD, FBI, FBI RECREATION, DOJ, and all other available federal agencies and

defendants that have been named herein. No agency has ever investigated VICTOR'S allegations, nor any allegations from other Plaintiff's that have had similar cases. In fact, defendants MARCIANO, MAURICE, and NAVARRO have all been accused, more than once, by women, for sexual assault and/or rape, and none of these federal agencies have investigated nor prevented any future physical harm for future victims. VICTOR'S Motion that presented her allegations against the defendants contained horrific and specific details of everything said and done by VICTOR'S former employer, and Defendants on this action. If this Motion needs to be presented again to this Court or to the Defendants, VICTOR will move this Court to have the Defendants pay for all costs necessary for her to do such.

132. VICTOR was wrongfully terminated via a phone call from WALLY'S, WALLY'S AUCTION, DELTA, CHRISTIE'S WINE, 3900 WA, on June 14, 2019, again, the details of this phone call were described in specific detail in the previous Motion submitted to all courts and to all federal agencies mentioned herein.

133. On June 17, 2019, VICTOR was referred to attorney, defendant MOSLEY(SBN 244169) whom she contacted for legal services. On July 2, 2019, VICTOR signed a retainer with Mosley & Associates, a fictitious business name, to take on her employment and labor complaint. VICTOR signed her retainer with

WALTER MOSLEY CORP. with her free hand signature but then MOSLEY required her to sign her retainer again with defendant DOCUSIGN, an electronic signature. Not thinking much of this request, VICTOR complied, only to realize that Mr. Mosley wanted her to sign with DOCUSIGN so he could later forge her signature on documents, including authorization forms, health and medical forms including HIPAA, co/counsel and fee split agreements, and a retainer dated January 3, 2019, which was a month before VICTOR began her employment with WALLY'S, MEL'JEN, WALLY'S AUCTION, DELTA, CHRISTIE'S WINE, 3900 WA, and six months prior to VICTOR contacting MOSLEY/ WALTER MOSLEY CORP for legal services.

134. On August 5, 2019, MOSLEY sent VICTOR a new retainer for Defendant THE DOMINGUEZ LAW with attorney and Defendant KIM(SBN 282039). VICTOR was under the impression that MOSLEY worked for THE DOMINGUEZ LAW and that KIM was his boss. It was not once explained to VICTOR that she was obtaining co-counsel or that MOSLEY and KIM agreed on a fee split in regards to her litigation. In fact, to this day, VICTOR has never even had a single correspondence in person, on the phone, or by email with KIM.

135. On August 5, 2019, VICTOR also signed an Employee Records Authorization Form and a HIPAA form for THE DOMINGUEZ

LAW; VICTOR never signed these forms for MOSLEY/WALTER MOSLEY CORP., in fact, MOSLEY would later forged VICTOR's signature on these documents for his own firm without her knowledge or consent. These forgeries have been presented to the Los Angeles Superior Court, the Central District Court of California, this Court, and the CALBAR and absolutely no one has taken judicial action after receiving such forgery. VICTOR never signed a co-counsel agreement nor did she ever sign a fee-split agreement, but MOSLEY, KIM, DOMINGUEZ, THE DOMINGUEZ LAW, forged VICTOR's signature on said document which was also presented to all courts and CALBAR as mentioned above. VICTOR did not see this forged signature and document until defendant HEADWORTH accidentally sent VICTOR a copy of such record in a OneDrive client file for THE DOMINGUEZ LAW.

136. From July 2, 2019 to August of 2019, VICTOR constantly asked MOSLEY, WALTER MOSLEY CORP., CONTRERAS (SBN 322545), CONTRERAS LAW, ESPARZA, and HEADWORTH when she could go to the DIR to file her Labor Complaint against her former employers, in addition to a retaliation complaint. MOSLEY, WALTER MOSLEY CORP., CONTRERAS, CONTRERAS LAW, ESPARZA, and HEADWORTH constantly told VICTOR to hold off on filing the complaint with the DIR until they got things going in the Los Angeles Superior Court. VICTOR took it upon herself to file such a claim on

August 9, 2019, which was almost two months since her wrongful termination and non payment of wages, In the employee file given to VICTOR in June 2020, VICTOR'S former employers began communication with the DIR with the email of <laborcomm.WCA.LAO@dir.ca.gov> on April 21, 2020. These email correspondence with DIR, as well as VICTOR'S scheduled hearing were almost an entire year after she filed her complaint with the DIR office on August 9, 2019. With that being said, VICTOR'S former employers had an opportunity to compel arbitration about this dispute but did not, again waiving their legal right to do so, but soon, the defendants would go to outlandish lengths to ensure that VICTOR's case go into arbitration, even if it got there illegally.

137. MOSLEY, WALTER MOSLEY CORP., CONTRERAS, CONTRERAS LAW, and HEADWORTH withdrew VICTOR'S labor complaints with the DIR in conspiracy with Deputy Commissioner Cathy Ray. Such withdrawal of VICTOR'S complaints was done without VICTOR'S knowledge, consent, or signature in May of 2020. VICTOR knows this was so that all defendants, in conspiracy, could conceal their unlawful conduct, avoid legal and financial accountability for their unlawful conduct, and to ensure VICTOR'S litigation was moving in the direction they found justifiable, NOT in accordance with

the laws of the state of California or the laws of the United States.

138. Six months after MOSLEY had VICTOR sign multiple documents for KIM, DOMINGUEZ, and THE DOMINGUEZ LAW, KIM sent VICTOR a letter of termination of services in the mail. This letter stated no other explanation other than goodbye and good-luck. Such letter of termination of services was received only after KIM, DOMINGUEZ, and the DOMINGUEZ LAW received a signed HIPAA form and an Authorization for Employment Records on behalf of VICTOR. KIM did not provide VICTOR her client file, did not offer any detailed explanation for his sudden need to end representation, nor was it explained how her HIPAA or other authorization forms were used or could be used in the future. KIM, DOMINGUEZ, and THE DOMINGUEZ LAW did nothing they were obligated to due under the Rules of Professional Conduct of the State Bar of California nor under laws of the Business and Professions chapter.

139. Freaking out and panicking, VICTOR had called MOSLEY and told him about the termination letter from KIM, DOMINGUEZ, and THE DOMINGUEZ LAW. MOSLEY offered to continue representing VICTOR through his own firm and with his associates, VICTOR complied as she believed there was no other option. Later, VICTOR would discover that KIM, DOMINGUEZ, and THE DOMINGUEZ LAW

termination of services was also a pre-meditated, calculated, willful, and malicious move made by the Defendants, each of them, to solidify the end result needed for their criminal organization to be successful, and for the Plaintiff to be unsuccessful in pursuing action against her former employer.

140. VICTOR constantly called, emailed, and texted MOSLEY, WALTER MOSLEY CORP, CONTRERAS, CONTRERAS LAW, ESPARZA, and/or HEADWORTH asking for an update on the status of her case as months would pass by and VICTOR's attorney's would never make contact with her. When MOSLEY, WALTER MOSLEY CORP, CONTRERAS, CONTRERAS LAW, ESPARZA, and/or HEADWORTH did make contact with VICTOR they would provide no explanation as to the delay in filing her case only that it was happening "soon". VICTOR would later realize that the delay in the filing of her lawsuit against the defendants was also pre-meditated, calculated, willful, and malicious. Such delay was done by MOSLEY, WALTER MOSLEY CORP., CONTRERAS, CONTRERAS LAW, HEADWORTH, ESPERANZA, KIM, DOMINGUEZ, THE DOMINGUEZ LAW, THOMPSON COBURN, RICCOMINI, REGINIS, SILBERGELD, GUTIERREZ, in collusion, to help one another, and to help their partners, which was VICTOR's former employer WALLY'S, WALLY'S AUCTION, DELTA, CHRISTIE'S WINE, 3900 WA. They all worked together to ensure that by the time VICTOR'S case was filed, her former employer's attorneys, THOMPSON

COBURN, could argue statute of limitations against VICTOR'S legal claims, ensuring an unethical, unlawful, and easy win through criminal activity, manipulation, fraud on the court, and with the intent to defraud the United States of America.

141. On September 9, 2020, MOSLEY/ WALTER MOSLEY CORP. filed the Complaint (the "Complaint") in the LASC, Stanley Mosk Courthouse, Los Angeles County, styled as *DANIELLE VICTOR, an individual v. SOUTHWEST WINE & SPIRITS, LLC, a California limited liability company; WALLY's VIONTECA, a California business entity form unknown; WALLY'S WINE & SPIRITS, a California business entity form unknown; WALLY'S BEVERLY HILL'S, a California business entity form unknown; CHRISTIAN EDUARDO NAVARRO, an individual; MATTHEW MARCIANO, an individual; and DOES 1 through 20, inclusive*, with eleven causes of action, State Court Case No. 20STCV34566.

142. Randomly in May of 2020, MOSLEY introduce VICTOR to defendant MONTOYA (SBN 317057), stating he was a new attorney working on VICTOR'S case. Victor would later discover that MONTOYA was in fact an employer and attorney for THE DOMINGUEZ LAW but VICTOR was unaware that MOSLEY was illegally having a firm that had "terminated services" work on her case. This evidence was presented to all courts and to CALBAR and no

attorney, nor firm, was ever investigated, suspended, or disbarred.

143. The end of May 2021 and beginning of June 2021, VICTOR suspected unethical misconduct by MOSLEY, MOSLEY CORP, CONTRERAS LAW, CONTRERAS, MONTOYA, ESPARZA, and HEADWORTH, whom she had found out had, and has, colluded with the THOMPSON COBURN; they had colluded with one another to help VICTOR'S former employer sabotage VICTOR'S litigation for an easy and illegal win in the LASC through an arbitration with JAMs. Such unethical misconduct, includes, but is not limited too, VICTOR being put into therapy sessions by MOSLEY/ WALTER MOSLEY CORP. with defendant GREIG/GREIG LLC, whom was hired and referred by MOSLEY, WALTER MOSLEY CORP., THOMPSON COBURN, DOMINGUEZ, THE DOMINGUEZ LAW, RICCOMINI, SILBERGELD, KIM, or any other attorney named herein. They used the false document HIPAA form that was received and later altered by MOSLEY, CONTRERAS, KIM, MONTOYA, DOMINGUEZ. An unethical and illegal action taken in order for the defendants to discover VICTOR'S deepest, darkest secrets to then attempt to use such secrets against her in court. To this day, GREIG/GREIG LLC has refused to give VICTOR a copy of her records or to provide information on who referred her to VICTOR'S legal matter.

144. GREIG/ GREIG LLC, is a chair member of Debbie Allen Dance Academy which has been sponsored by defendants MARCIANO, MAURICE, GUESS?, and NAVARRO. This was a complete conflict of interest to VICTOR. GREIG'S husband Lloyd B. Greig is an OBGYN doctor at Cedar-Sinai Medical Center whom MARCIANO, MAURICE, NAVARRO, and WALLY'S are affiliated with through sponsorships and donations, and all whom are named defendants on this case. This was also a complete conflict of interest for VICTOR nor was any of this information disclosed to VICTOR, she had discovered it all on her own.

145. VICTOR had uploaded a YouTube video where she disclosed her experience being raped and a woman direct messaged VICTOR on IG. This woman told VICTOR that she randomly found VICTOR'S video and it inspired her to come forward against her attacker. MOSLEY at some point told VICTOR that defendants BLOOM, BLOOM FIRM, and BLOOM FIRM CORP., were going to take over her case and that VICTOR'S case was going to be made public to the media. MOSLEY then asked if VICTOR would talk to one of BLOOM'S attorney associates on the phone, VICTOR complied. VICTOR had a two hour phone conversation with defendant GOLDSTEIN from the BLOOM FIRM/ BLOOM FIRM CORP. VICTOR told GOLDSTEIN intimate and personal details about her case and he disclosed to VICTOR that he was representing a Plaintiff who was

raped by defendant MARCIANO. At the end of the phone call VICTOR had asked who the victim/Plaintiff was and he told VICTOR her full name but is referred to as "Jane Doe" in the court documents so shall remain Jane Doe herein. Jane Doe was the woman who had reached out to VICTOR after watching her YouTube video that had encouraged her to come forward against her rapist. VICTOR immediately direct messaged the victim on IG and they would talk occasionally about their cases, that were similar and should have been marked as related and/or coordinated in the Stanley Mosk Courthouse, but had not been.

*146.* In June of 2021, MONTOYA called VICTOR asking for Jane Does personal information, social media, etc. and VICTOR had questioned MONTOYA on why he didn't have such information already if MOSLEY was the one who had VICTOR speak to GOLDSTEIN. MONTOYA said it was because "he was out of his office". So VICTOR complied and sent him all of Jane Does information. Less than five minutes later Jane Doe sent Victor a message on IG that her attorneys advised her that she could no longer speak to VICTOR about the case or in general. VICTOR made the horrific discovery that MONTOYA was in communication with the attorney's of the BLOOM FIRM/BLOOM FIRM CORP., who did not take on VICTOR'S case, nor made VICTOR'S case public. VICTOR realized that MONTOYA and all other attorneys were intentionally wanting both

of the Plaintiffs, and victims, to be in the dark about each others progresses. This is when VICTOR started to suspect that MOSLEY/ WALTER MOSLEY CORP. and all his associates, including MONTOYA and CONTRERAS/ CONTRERAS LAW were up to absolutely no good.

147. Months prior, in January of 2020, MOSLEY/ WALTER MOSLEY CORP. and CONTRERAS/CONTRERAS LAW called VICTOR when she was at home visiting her family in Methuen, Massachusetts. They demanded that VICTOR do arbitration but VICTOR stated a long list of reasons why she would NOT do arbitration. MOSLEY said to VICTOR *"I think it's real fucking cute, you think you're Kim Kardashian, but let the lawyers do their job."* This was proceeded by CONTRERAS telling VICTOR that if she did not start doing what they told her to do they would quit their representation of her. This is all against the Professional rules of conduct in California as well as against California laws in regards to Business and Professions. Again, this information was presented to the courts and to CALBAR and no investigation or reprimanding took place. This is when VICTOR first started to have a terrible feeling about her lawyers. However, VICTOR demanded a jury trial and said NO to arbitration, however, this case, with multiple fraudulent documents, submitted to the court as true, would lead this case

right into an illegal arbitration with JAMS after a failed attempt with defendant AAA.

148. Deposition, by the grace of God, was canceled by THOMPSON COBURN and MONTOYA had told VICTOR that they had a news media press reporter who wanted to interview VICTOR about her case and it was going to be a big deal… this was a lie. VICTOR reached out to her prior attorney she had in Boston and asked him about the process of Deposition and he said that Deposition was for me not against me and that I could serve the Defendants interrogatories, etc. VICTOR immediately asked her attorneys to send her all of her deposition documents and started questioning why she hadn't served the Defendants interrogates, etc. MOSLEY actually told VICTOR via text message that she was NOT allowed to participate in her own deposition except for being deposed by the Defendants, which was an unethical lie. MONTOYA emailed VICTOR their responses to the THOMPSON COBURN'S interrogatories and the responses did not contain any of VICTOR'S real or true allegations, the answers were so vague, intentionally. VICTOR told MONTOYA that she did not agree or consent to their responses and asked them to file a Motion to stay so that she could prepare her real and true allegations. MONTOYA and ESPARZA, who was not, and is NOT a paralegal, called VICTOR'S cell phone and began yelling at her telling VICTOR that she

needed to leave her deposition documents vague and that VICTOR would have a chance to tell her real story in Court, which was a LIE. MONTOYA at one point even yelled *"lets just get this case fucking over with"* and VICTOR responded by saying *"excuse me?"* ESPARZA began telling VICTOR that she was becoming difficult to work with by demanding to see all the court documents that have been submitted on VICTOR'S behalf and the ones that were submitted by THOMPSON COBURN.

149. Right before July 4th weekend VICTOR received a text message from MOSLEY saying that he could no longer represent her and *"good luck on her case as she has a strong case against the defendants and that he will be emailing her a drop letter later"*. MOSLEY'S text message went against the Professional Rules of Professional Conduct and no lawyer, anywhere, can text message a client and say goodbye and good luck leaving them in an extreme position of prejudice. This was also presented to the court and to CALBAR and no investigation, nor suspension, nor disbarment has taken place. VICTOR texted MOSLEY that his text message was against the Rules of Professional Conduct and he began to change his tune stating he would continue to represent VICTOR but he was the Captain of the Ship NOT VICTOR, and that he would be making all of the decisions from here on out. MOSLEY and all his attorney's that had conspired with him refused to

send VICTOR any of the court documents she requested. On July 6, 2021 VICTOR sent MOSLEY a termination letter that they refused to sign stating that Judge Yolanda Orozco had granted their Motion to Be Relieved as Counsel on the grounds that VICTOR had become too difficult to work with.

150. VICTOR brought her termination letter to the Stanley Mosk Courthouse and wrote a Motion that she would be representing herself until she found new legal counsel and that MOSLEY and his associates were terminated due to malicious attorney misconduct. This was all deleted from the court docket by the Clerks of the Stanley Mosk Courthouse.

151. VICTOR filed a Motion to Disqualify Both Counsels (WALTER MOSLEY CORP. and THOMPSON COBURN) and a hearing was scheduled to be held on August 3, 2021. At 7PM on August 2, 2021 VICTOR received an email from MONTOYA which was a tentative ruling from Judge Yolanda Orozco which denied all of VICTOR'S Motions and granted MOSLEY'S Motion to be relieved. MONTOYA then advised VICTOR that no oral argument would be given or taken and there would be no court reporters present so there was no need for VICTOR to go to the hearing. Judge Yolanda Orozco nor the court followed their own court rules on how to do Tentative Rulings, in fact, it was sent at a late hour, with the encouragement not to go to the hearing so that VICTOR would not

go. VICTOR was unaware that THOMPSON COBURN had filed an attempt to dismiss VICTOR'S case for a temporary restraining order based on the use of VICTOR'S social media, disguising such as a "Status Report". Had VICTOR not gone to the hearing on August 3, 2021, Judge Yolanda Orozco would have granted THOMPSON COBURN'S Status Report, VICTOR'S case would have been dismissed in complete violation of her First Amendment rights, and VICTOR would have not gotten any Justice or award, which is what ended up happening anyway.

152. When VICTOR showed up to Department 31 of the Stanley Mosk Courthouse on August 3, 2021, the Deputy clerk got on the phone, called someone and said, *"she showed up"*. VICTOR'S hearing went last that morning. VICTOR was not allowed to speak, barely. MONTOYA gave false testimony given under oath, under penalty of perjury, with a court reporter present at a hearing on August 3, 2021, a court reporter that MONTOYA told VICTOR would not be present, a court reporter that was ordered for THOMPSON COBURN by Judge Yolanda Orozco for "good cause". Judge Yolanda Orozco granted MOSLEY'S/WALTER MOSLEY CORP.'S Motion to be Relieved as Counsel on the grounds that VICTOR became too difficult to work with. Copies of this court recording, and all court recordings, have not been given to VICTOR despite the fact that VICTOR had requested such on several occasions even

directly to TrustpointOne. The defendants all wanted to ensure that VICTOR was not given direct evidence that could be used against them in a court of law.

153. THOMPSON COBURN, RICCOMINI, REINIS, and SILBERGELD submitted a Temporary Restraining Order "TRO" request to Judge Yolanda Orozco under the disguise of a "Status Report" without taking the proper steps for a TRO to be granted and without VICTOR'S knowledge. This TRO was in regards to VICTOR'S social media posts that she made on IG and YouTube. This Status Report was brought to VICTOR'S attention at the August 3, 2021 hearing, which the defendants expected VICTOR not to show up too. Judge Yolanda Orozco had told VICTOR that there was a thin line she shouldn't cross when posting publicly about HER OWN case, which is in complete violation of VICTOR'S first amendment rights and in violation of the United States Constitution. Judge Yolanda Orozco also stated, *"I don't know how they do it in Boston but…"*. VICTOR never disclosed to the Judge or THOMPSON COBURN that she was previously a resident of Boston nor Massachusetts, the only one who was given that information was MOSLEY and his corrupt associates. In order for Judge Yolanda Orozco to have known that information she was engaged in ex-parte communication with one, or both counsels, which goes against the Code of Judicial Ethics and proved the Judges bias, prejudice, and

impartiality. Judge Yolanda Orozco then allowed a hearing on the TRO/Status Report about VICTOR'S social media posts for two more hearings on August 19, 2021 and on September 1, 2021 and allowed THOMPSON COBURN, RICCOMINI, REINIS, and SILBERGELD to file an entirely second and separate TRO attempting to dismiss VICTOR'S case based on her social media. Not only does this violate VICTOR'S amendment rights but Judge Yolanda Orozco's misconduct is completely hypocritical of her ruling over Katie Hill's case, which VICTOR imagines was also flooded with corruption.

154. After the August 3rd hearing VICTOR filed a Request For a Statement of Decision to Judge Yolanda Orozco in the Stanley Mosk Courthouse which was deleted from the Court docket by the clerks. Not only was this Request for a Statement of Decision deleted from the court docket but Judge Yolanda Orozco failed to report such Motion & Request for a Statement of Decision to the appropriate authorities, which included the Attorney General of the State of California, BONTA, because it questioned laws of constitutionality. VICTOR filed an opposition to Judge Yolanda Orozco's denied statement of decision which was left on the court docket. Judge Orozco denied this opposition as well which was also left on the court docket

155. VICTOR filed a second Motion for Judge Yolanda Orozco's immediate recusal pursuant to CCP 170.1. When VICTOR

brought the Motion into Department 31, the deputy clerk called someone on the phone and asked how she files this Motion pursuant to CCP 170.1, as if she had never done it before, and after a few moments hung up the phone and took VICTOR'S paperwork. This left VICTOR wondering how a deputy clerk wouldn't know how to file a Motion to recuse if there wasn't some sketchy business going on. Not only was VICTOR'S motion uploaded out of order but the Judge answered the Motion herself with an "Order Striking Statement of Disqualification & Verified Answer". VICTOR's social security number was put and left on the court docket despite the fact that VICTOR had filed a Motion to correct the filing and remove her Social Security Number. To this day this Motion is still on the court docket with VICTOR'S social security number, which was leaked on the blog site LipStick Alley, and people have used VICTOR'S personal information to apply for apartments, cars, credit cards, etc. Judge Yolanda Orozco and her Deputy Clerks left VICTOR'S personal information on the docket intentionally to cause her injury and loss in retaliation for seeking equal and fair access to the laws. VICTOR has attempted to call Credit Karma, Experian, and all other credit websites to freeze her accounts because of what is going on but they refused or hung up on her.

156. VICTOR filed a Motion asking Judge Yolanda Orozco to State the Record of whether she was a referee, arbitrator, or a private judge hired by the Counsels to preside over her prior case in the Los Angeles Superior Court, which would have been agreed upon by both MOSLEY/ WALTER MOSLEY CORP. and his associate, THE DOMINGUEZ LAW, and THOMPSON COBURN without VICTOR'S consent, and in collusion with one another, to ensure the litigation went the way they wanted it too. Judge Yolanda Orozco did not respond or acknowledge this Motion with malice, oppression, and extreme hate. To this day Judge Yolanda Orozco never answered VICTOR'S question nor does VICTOR have a clue if she was a referee, arbitrator, or a hired private judge. Judge Yolanda Orozco is now retired… how convenient.

157. VICTOR filed a Motion asking Judge Yolanda Orozco to immediately remove MOSLEY/ WALTER MOSLEY CORP. and all other associated attorneys from the attorney of record on her case, as they had been fired by VICTOR for their attorney misconduct, and also removed as counsel by the judges own court order. Again, Judge Yolanda Orozco did not acknowledge or respond to VICTOR'S motion, nor did she remove MOSLEY/WALTER MOSLEY CORP. or all other associates from the record. To this day it still appears that MOSLEY/ WALTER MOSLEY CORP. is the attorney on the record. Judge Yolanda Orozco did this, under color of law, to aid and

abet the Defendants, and to cause intentional harm to VICTOR with extreme oppression, malice, and hate. There is a levy on the Los Angeles Superior court docket for this original case and Victor believes it is some type of payment agreement made between all colluding counsels prior to litigation… it is time for someone to pay up, probably MOSLEY/WALTER MOSLEY CORP..

158. The only Motion Judge Yolanda Orozco granted in VICTOR'S favor was a fee waiver. Two days after such Motion was granted, defendants WELLS FARGO BANK/ WELLS FARGO cleaned out all of VICTOR'S bank accounts. Victor knows this was another form of retaliation done by all of the defendants for VICTOR attempting to exercise her rights. The defendants, most of them, run all of their personal and business accounts through WELLS FARGO/ WELLS FARGO BANK and/ or Bank of America, it was no shock that they had the power to steal all of VICTOR'S assets. In fact, when VICTOR called WELLS FARGO/ WELLS FARGO BANK for a copy of all her financial records they told her that her accounts were "restricted" and she did not have access to her own accounts. WELLS FARGO/ WELLS FARGO BANK is known and has been sued by many others for their criminal activity surrounding customer financials. WELLS FARGO/ WELLS FARGO BANK caused intentional injury and loss to VICTOR with zero remorse.

159. In VICTOR'S client file, both THE DOMINGUEZ LAW and MOSLEY/WALTER MOSLEY CORP. had arbitration paperwork for AAA, which was opened fraudulently by MOSLEY/WALTER MOSLEY CORP. and signed on VICTOR'S behalf. VICTOR immediately called AAA and spoke to defendant BARTON who explained to her that their arbitrations are open immediately and a case would not be in the Los Angeles Superior Court if it was open through their Association. BARTON also confirmed that Judge Yolanda Orozco was in fact an arbitrator used by AAA on a regular basis. Things started to make sense to VICTOR now, like how THOMPSON COBURN filed an Answer to MOSLEY'S/WALTER MOSLEY CORP.'S complaint in the Stanley Mosk Courthouse with the prayer of relief reflecting an arbitrator not a Court appointed judge. Eventually after sending multiple emails back and forth demanding questions for THOMPSON COBURN, MOSLEY/WALTER MOSLEY CORP., and all other attorneys conspiring with them, and AAA; AAA sent an email that they would not be opening an arbitration case as the proper steps to open a case had not been followed leaving RICCOMINI and THOMPSON COBURN in a tailspin.

160. At the same time VICTOR sent THOMPSON COBURN, MONTOYA, and MOSLEY a Notice of Related Case to fill out and send back to her. RICCOMINI and THOMPSON COBURN refused to fill it out and MONTOYA said, *"we no longer represent you so we don't have to do*

*anything for you anymore"* and proceeded to refuse to fill it out. VICTOR knew that there was at least one related case because of Jane Doe, so VICTOR decided to do more research and look up cases against WALLY'S and the Marciano's, and before she knew it she had a laundry list of related cases that have never been marked as related nor coordinated. Almost all these cases were sent to arbitration, none of which had a jury trial ever. VICTOR realized that there was profiteering and racketeering happening directly in the Stanley Mosk Courthouse. VICTOR made the costly mistake of alerting Judge Yolanda Orozco, THOMPSON COBURN, MOSLEY, KIM, HEADWORTH, ESPARZA, DOMINGUEZ, THE DOMINGUEZ LAW, WALTER MOSLEY CORP. CONTRERAS, CONTRERAS LAW, SILBERGELD, and that entire gang, a notification that she knew exactly what was going on and demanded that it NOT happen with her case… this would nearly cost VICTOR her life.

161. On September 1, 2021, Judge Yolanda Orozco ordered THOMPSON COBURN AND RICCOMINI to *"do what they needed to do"* to get VICTOR'S case into arbitration, despite being presented with more than enough evidence to prove such arbitration was fraud and had no legal standing. Judge Yolanda Orozco had personal investment to see the VICTOR'S case go to arbitration.

162. After VICTOR'S case was forced fraudulently and maliciously into arbitration with JAMS, JAMS ADR, she attempted

to reach out to several federal agencies and/or officials for assistance, including BONTA, DIR, CA CIVIL RIGHTS DEPT., EQUAL EMPLOYMENT, NEWSOM, GASCON, CALBAR, CALBAR HOLDINGS, LAPD, LAFD, FBI RECREATION, FBI, ASSOCIATION OF SPECIAL AFENTS, DOJ, AFFIRMATIVE ACTION/EEOC, and the SEC. VICTOR was not acknowledged, nor offered any help from a single Federal agency, agent, or officer, in fact, at this time, VICTOR was unaware that all these agencies, were planning on how to take VICTOR out to silence her, and VICTOR did not know what horror lied ahead of her directly at some of the hands that took an oath to protect her.

163. VICTOR attempted to call and send letters to Presiding Judge of the Stanley Mosk Courthouse, Eric C. Taylor, alerting him that she had discovered criminal profiteering in the Stanley Mosk Courthouse between a bunch of judges and law firms who throw cases in arbitration for kick backs. VICTOR attempted to whistleblow on this corruption with BONTA through the Attorney Generals office, which resulted in all of her devices being hacked, being locked out of her social media, and eventually the attempt on her life. VICTOR went as far as to knock on the door of the presiding judges office in the Stanley Mosk Courthouse where she was advised by the clerk, who answered the intercom, that he would be unable to assist her, when it was HIS duty as

the presiding judge to handle such matters. VICTOR realized then that the entire Stanley Mosk Courthouse was involved and/or at least covering up for everyone else whose hands weren't clean. Every time VICTOR had step foot into that court house she was talked to like trash and absolutely degraded by the Deputy clerks in room 102 and the deputy clerks in Department 31, never once was she helped or treated with kindness, ever, which the deputy clerks of the United States took an oath to do.

164. VICTOR attempted to submit multiple briefs to defendant BONTA, the attorney General of California, which were never acknowledged nor responded too. This began on October 4, 2021. When attempting to call to follow up with the attorney generals office VICTOR got treated like absolutely garbage by BONTA's office. In fact, every time VICTOR called a person named Wendall would answer but would refuse to give me his last name. When VICTOR googled Wendall and the Los Angeles Attorney General's office no such person exists. To this day, BONTA has been CC'ed on court documents from this court and the first circuit court of appeals and has never made an appearance or investigated the claims made herein. BONTA and the attorney general's office of the state of California has done nothing to protect VICTOR, nor prevent the harm of current and/or future

victims of the crimes alleged herein, making BONTA fully responsible.

165. Defendant ONE LEGAL helped MOSLEY submit fraudulent Proof of Service's to the Stanley Mosk Courthouse in civil conspiracy to defraud VICTOR and with intent to defraud the United States, and to sabotage VICTOR'S litigation. In fact, no real entity, corporation, or individual was ever served, nor did VICTOR ever sue any real entity, coronation, or individual, until she attempted to file a case in the Central District Court in the state of California. This is explained in detail in several Motions that have been submitted to this court, and all courts, but has been ignored. This evidence was submitted to CALBAR, amongst other federal agencies, and MOSLEY/WALTER MOSLEY CORP., CONTRERAS, CONTRERAS LAW, THOMPSON COBURN, MONTOYA, REINIS, RICCOMINI, SILBERGELD, DOMIGUEZ, THE DOMINGUEZ LAW, KIM, GOLDSTEIN, BLOOM, BLOOM FIRM/BLOOM FIRM CORP., has never once been investigated for engaging in federal criminal activity that is grounds for the punishment of jail time.

166. Back in January of 2021, which was discussed above and herein, VICTOR emailed MOSLEY/WALTER MOSLEY CORP. & CONTRERAS/ CONTRERAS LAW, and she told them that she had talked to her mother, who works at a courthouse, and had decided that she wanted to go to trial and she did not want arbitration.

CONTRERAS/ CONTRERAS LAW told VICTOR that the next steps would be that THOMPSON COBURN would be filing a Motion to Compel and MOSLEY would oppose it. Meanwhile, little did VICTOR know, back at the Stanley Mosk Courthouse, THOMPSON COBURN and MOSLEY/ WALTER MOSLEY CORP. had filed fraudulent case management statements resulting in Judge Yolanda Orozco's fraudulent Case Management Order, which resulted in a forged and fraudulent Stipulation to bind VICTOR to an arbitration she never agreed or consented too, to further harm VICTOR, in addition to defraud VICTOR of the justice, reward, and jury trial she deserved, expected, and is guaranteed by the United States Constitution, showing their intent to defraud the United States. These documents that were submitted to the court as genuine and true, under penalty of perjury, were given to CALBAR who has failed to properly investigate as they are in on this criminal organization.

167. VICTOR attempted to submit a Notice of Related Case to Judge Yolanda Orozco in Department 31, in addition to serving all legal counsels her Notice of Related Cases, and Judge Yolanda Orozco issued a court order stating that none of the cases were similar or related, despite having the same Defendants and/or similar causes of actions. This was unethical and strategical.

168. There has been numerous unlawful and criminal actions done by the Defendants, including officials, officers, agencies, agent, or employees of the United States. All these actions have been presented in specific detail to all courts, to all agencies, countless times by VICTOR. If any such allegation or accusation needs to be further presented, again, VICTOR will move this court to enforce the Defendants to pay for all costs for VICTOR to do such.

169. In April of 2021 VICTOR was making enough money on her social media platforms that she decided to move out of her three bedroom apartment and into her own spot. VICTOR had a black velvet custom made tempurpdic couch that was valued over ten thousand dollars ($10,000.00). VICTOR found defendant NAVARRETE, who was running the business L.A. House Upholstery, which is a fictitious business name. NAVARRETE stole VICTOR'S couch and tried to give her an entirely different product after receiving three thousand dollars ($3,000.00) in payment. VICTOR texted NAVARRETE about her theft and NAVARRETE texted VICTOR a picture of her couch in her shop on which was dated on May 24, 2021 after the fake couch was dropped off to VICTOR on May 19, 2021, proving via the IPHONE photos that VICTOR'S couch was indeed stolen. VICTOR ripped the entire couch open and it was made out of cotton balls and bouncy springs… it was an entirely different

couch. After calling defendant LAPD over and over again they finally took a police report. Detective Williams was assigned to VICTOR'S case. Despite giving evidence he closed the case and did not investigate, in fact, the LAPD office on Wilcox referred to VICTOR as the *"couch girl"* like a big joke. After extensive research VICTOR came to realize that NAVARRETE works for the Los Angeles Chambers of Commerce even her own house address, 15013 Graystone Avenue, Norwalk, CA, 90650, is protected with a governmental tax code, which explained why the Detective did not investigate, because they were aiding and abetting a governmental officer in her theft of VICTOR'S belongings. So not only did NAVARRETE rob VICTOR of her ten thousand dollar ($10,000.00) couch, but NAVARRETE got away with it because she was protected by the cops and the legal system.

170. Since VICTOR had moved into the property of Zen Hollywood Apartments ("Zen Hollywood"), she was obligated to get only LEMONADE INSURANCE, LEMONADE, LEMONADE INSURANCE COMPANY, all named defendants, for renters insurance as terms of her lease. VICTOR filed a claim with LEMONADE INSURANCE, LEMONADE, LEMONADE INSURANCE COMPANY for her couch. The claim adjuster told VICTOR that *"Lemonade is not the cops we don't have investigations into your claims"* which will be completely hypocritical shortly. Within three days LEMONADE INSURANCE,

LEMONADE, LEMONADE INSURANCE COMPANY direct deposited VICTOR a little over six grand for her stolen couch, which still kept VICTOR at a loss of about 4 grand due to the theft by NAVARRETE.

171. When VICTOR moved into Zen Hollywood, which is co owned by defendants CONCORD VENTURES, CONCORD CONSTRUCTION LLC, CONCORD, CONCORD CONSTRUCTION, MOSS MANAGEMENT, and defendant 1840 HIGHLAND, which is owned by defendant GREENE, VICTOR was required to get AT&T and LEMONADE INSURANCE, LEMONADE, LEMONADE INSURANCE COMPANY. VICTOR didn't discover until two days before fleeing the property that defendant MARCIANO was part owner of Zen Hollywood through CONCORD VENTURES, CONCORD CONSTRUCTION LLC, CONCORD, CONCORD CONSTRUCTION and VICTOR was literally sleeping under the enemies roof, who not only had access to her and her apartment, but also obtained access to all of VICTOR'S financial records upon her move in. Complete invasion of privacy and wrong use of financial information.

172. VICTOR moved into Zen Hollywood a few days before May 1, 2021, and the AT&T service rep. could not come for a few days but Tyler Cowan the property manager at the time of VICTOR'S move in said that she could log into the main AT&T account using her email address and password till the service rep. could come, which would end up being a big mistake. Through RUKUS, defendant AT&T, amongst several others, hacked all of VICTOR'S devices. In

fact, the hackers left their entire contract on VICTOR'S desktop which is over four hundred pages long and can be provided to this court as evidence upon request. At the top of this contract it has RSA Data Securities, who is a named defendant herein as RSA. VICTOR contacted RSA immediately and the person who called her back informed VICTOR that they would look in to which of their federal clients used their software without their consent but never opened an investigation nor did they take any proper action to support or help VICTOR after her hacking. VICTOR has saved voice mails from RSA Data Securities to confirm and support this.

173. There was an entire day VICTOR was so hacked she had no access to internet on her phone or computer and all her files were completely deleted from her phone and computer, including videos and pictures of her loved ones that had passed on, and videos she needed to edit for her work. Completely destroyed by the Defendants, each of them. VICTOR'S sister, Gabrielle Victor ("GABI"), could not get a hold of VICTOR, so she kept calling the front desk of Zen Hollywood where defendant FENESCEY told Gabi they were not *"concierge"*. On her way to the police station to report her hacking VICTOR told FENESCEY that if he or the owner of the building had anything to do with this, she would take them down. FENESCEY assured VICTOR they did not. FENESCEY

asked VICTOR daily for updates on her case, never once disclosing to her that VICTOR was sleeping under the roof of MARCIANO. They switched billing from CONCORD VENTURES to 1840 HIGHLAND which led VICTOR to look up both companies, which made her discover that MARCIANO was a partial owner of ZEN HOLLYWOOD. FENESCEY was speechless when VICTOR told him. VICTOR was a slave on the property of Zen Hollywood which was a premeditated action by the Defendants, each of them. The defendants wanted her trapped there.

174. VICTOR attempted to bring her laptop and phone to the LAPD to file a report of her hacking, two detectives came out told VICTOR to wait a minute. Hours had passed and when VICTOR asked the front desk when the detective would assist, they stated the detectives left at 3PM. No one with the LAPD did anything to help or to take a report. VICTOR was advised to come back on Sunday. VICTOR left the police station and went to the Apple Store at the Grove, located at 189 The Grove Dr, Los Angeles, CA 90036. VICTOR advised a customer service rep what was going on and she told VICTOR to stand by before bringing VICTOR a Cisco phone where VICTOR spoke to a man named "John" on the phone who was an alleged supervisor of Apple. VICTOR told him what was going on and how her computer was hacked by an apple software program with RSA, told him about her phone calls

with RSA, and the contract left on her computer desktop. John asked VICTOR what she planned on doing *"with that evidence"* and VICTOR said nothing but she had insurance on her laptop and she would like a new laptop. John refused to give VICTOR a new laptop and said, *"no one is going to believe you"* before hanging up on her. Leaving VICTOR in complete despair in the busy Apple store. Both Apple and Cisco are named Defendants on this Complaint.

175. VICTOR's phone began to get messages that defendant NOKIA was hacking into her phone and her phone was not secure. Nokia is a company that most of the Judges, VICTOR attempted to whistleblow on, had been investing into. So these same investments now turned into a weapon of mass destruction on VICTOR'S life, hacking her devices, invading her privacy, and intentionally causing VICTOR extreme injury and harm. VICTOR has pictures and screenshots showing the warnings and messages from APPLE from NOKIA'S invasion of her phone. To this day it is safe to say that the hackers could still be very much hacked into VICTOR'S phone and computer without her consent or knowledge, at this very moment. VICTOR has no idea if any of her emails were ever truly received by who they were meant to, in fact, VICTOR believes the defendants used prohibited actions to access and tamper with all of VICTOR'S oral, wire, electronic

communications. VICTOR'S social medias have all been suppressed and shadow banned since. VICTOR also believes to be true, that the defendants, each of them, used mail carriers to tamper with, pry, open, or intercept in going and out going mail from or to VICTOR. VICTOR knows that defendants GOOGLE, RSA, APPLE, CISCO, THE REGENTS, IG, INSTAGRAM, FACEBOOK GLOBAL, FACEBOOK, YOUTUBE, YOUTUBE LLC, SNAPCHAT, TWITTER, TIKTOK, TIKTOK GLOBAL, YAHOO, OATH, OATH HOLDINGS, AMAZON, ALEXA, VERIZON, AT&T, LUCENT TECH, SONY COMPUTER, MOZILLA, WWW, DOCUSIGN, REFINITIV, NOKIA, INTEL, ADOBE, and all other companies associates with RSA were responsible for the hacking of all of VICTOR'S technological devices, amongst other federal crimes alleged herein.

176. Tyler Cowan was the property manger before he was fired and replaced with FENESCEY. As soon as FENESCEY began living and working on the property of Zen Hollywood that is when things in VICTOR'S life began to escalate in a very dangerous and scary way. On FENESCEY'S first weekend at Zen Hollywood there was an air system that would not stop going off that sounded like loud buzzing. VICTOR had texted FENESCEY asking him what was going on and he said that it was on her side of the building but it should not be on at night, it went twenty four hours a day. VICTOR asked FENESCEY for the name of the new air system but he refused to give it. It became intolerable to

breathe in VICTOR'S apartment, VICTOR called defendant LAFD over six times from September to October, thinking it was Carbon Monoxide or EMF radiation, little did VICTOR know that it was toxic poisons, gas, and/or other weapons of mass destruction, that the defendants were pumping into her vents and through her LADWP water, SOCAL GAS, SEMPRE, and/or LUCENT TECH, and/or the NETSTAT Thermostat. Each time the fire department came it was the same people over and over again, they never changed, despite the difference in times of call. VICTOR can pick each of these people out of a line up, she never forgets a face. VICTOR asked FENESCEY if the building had been tested for EMF or radiation and he said no it was not a requirement by the State, and VICTOR asked him to call someone in, he refused. When VICTOR moved into Zen Hollywood she was 127 pounds, healthy, by September of 2021 VICTOR had drastically dropped weight down to 106 pounds, a weight she hadn't weighed since middle school. VICTOR'S father told her that she was hard to look at when he came to visit her. The Defendants, each of them, did that to VICTOR, with the intention to cause serious bodily harm and/or death. The defendants were killing VICTOR slowly infecting her mind and body with God knows what with full permission by governmental and judicial employees.

177. When VICTOR fled the property of Zen Hollywood she left her AT&T equipment in her unit which she was told by FENESCEY that they would not be returning because they weren't on the account or had the authority to do such. VICTOR received an email in December 2021 that her equipment was returned to AT&T and by who, I'll tell you who, the Defendants, each of them, to destroy more evidence. VICTOR never received another bill from AT&T again and VICTOR called them hundreds of times about their hacking of her devices, no answer was ever given to VICTOR on how or why.

178. With the lease VICTOR signed when moving into Zen Hollywood it said that the Tennant was required to pay all utilities including the water. After fleeing the property VICTOR called defendant LADWP and her bill was over a thousand dollars and water had been taken off the bill despite tenants being responsible for paying for their own water. VICTOR believe this is because the water supply to her apartment was intentionally being tampered with by the Defendants, each of them. LADWP stopped billing VICTOR as well. VICTOR downloaded her SOCAL GAS/ SEMPRA statements and the charts were off the rails for the days VICTOR believes she was being poisoned through her vents. When VICTOR called SOCAL GAS/SEMPRA for an explanation they said she would need legal documents to retrieve an answer.

179. VICTOR believes the defendants, each of them, watched and listened to her every move in her apartment and her car, including when she was naked or not dressed. They raped VICTOR mentally, emotionally, and financially. At one point there was a random man flying a drone outside of VICTOR'S patio window and she had to ask the property manager what was going on. Upon moving in VICTOR requested to live in apartment 324. The property manager told VICTOR that room was already rented but unit 224 was available. VICTOR would soon realize that unit 224 was a secluded unit, no one next to her to the left and no one below her. Putting VICTOR in this particular unit was intentional, pre mediated, and calculated by the Defendants, each of them.

180. Zen Hollywood used NetStat Thermostats and LUCENT TECH for all their devices. VICTOR recorded on her camera the thermostat being controlled by an IP address that was not hers and presented to FENESCEY that she was in danger and wanted the owner, GREENE, to put her into a hotel immediately for her safety. They declined. VICTOR believes they were pumping some type of toxin, hallucinogen, poison, gas, or some other lethal chemical into her vents to poison her slowly which also explains her massive weight loss. FENESCEY and GREENE'S denial to put her into a hotel for her safety was because they, including all

other defendants, wanted her trapped on the property of Zen Hollywood.

181. VICTOR has FENESCEY on recorded camera with the maintenance guy Edgar stating that they worried about VICTOR'S mental health and felt inclined to get her "help", which is against California State Law. VICTOR went to the lobby again, hours before her attempted murder, and she confronted FENESCEY, Edgar, and GREENE, and told them they f&*ked with the wrong girl. While in the lobby FENESCEY stated that he would call the cops because VICTOR was acting irrational and he threatened that they would put VICTOR on a 72 hour hold. Three times on camera VICTOR has FENESCEY mentioning VICTOR being put on a 72 hour hold, which is not his right, nor his call. FENESCEY was setting up the defendants attempt on VICTOR'S life which was to come.

182. One day VICTOR got locked out of her apartment and the master key worked on every door in the entire building but VICTOR'S, it took FENESCEY almost three hours to allow VICTOR back into her unit. When VICTOR got back into her unit they changed all the batteries in her unit to batteries by the brand and defendant HDS and HD SUPPLY. They put HDS and HD Supply products in VICTOR'S doors and in her fire detectors. When VICTOR got back to Massachusetts she researched these batteries and HDS and HD SUPPLY, and these batteries are absolutely a

hazard when used incorrectly, which VICTOR believes again was done intentionally, with the intent to cause her physical harm and/or death.

183. On October 19, 2021, VICTOR'S apartment felt like a microwave it was hot and felt like static. VICTOR felt like she was in a tanning bed and someone had put the heat all the way up. VICTOR kept trying to leave her apartment for air. VICTOR'S dog Caesar got so violently sick and was throwing up everywhere. Caesar from September to October got sick so many times in VICTOR'S apartment due to what they were pumping in her vents that she had to rush him to the vet over three times. One of the vets took his blood and said his liver enzymes were so high and that it was absolutely a result of toxins. VICTOR texted this to FENESCEY who said, *"I'm not a vet or anything but your vet is wrong. I will need to look into this."* So not only did the Defendants, each of them, attempt to harm and murder VICTOR, they attempted to harm and murder her innocent dog. By night time, on the 19th of October, VICTOR had burns all over her body, her legs, her arms, her scalp, her vagina, everywhere. VICTOR called the LAFD and two medics showed up and after reviewing VICTOR'S skin told her *"your burns are bad but not that bad"* then proceeded to advise VICTOR not to go to the hospital because it was busy. VICTOR asked them to check her

laptops for EMF radiation but they refused. VICTOR recorded as much of their visit as possible. That night VICTOR attempted to leave the property but when she got into her car, the Acura TSX had a warning that said "seal gas lid" which had never ever popped up for VICTOR before. A car with blacked out windows began to follow VICTOR so she turned back into the property, trapped. WELLS FARGO/ WELLS FARGO BANK stole all VICTOR'S money with no explanation so she couldn't go to a hotel, GREENE and FENESCEY refused to put her in a hotel for safety, and LEMONADE, LEMONADE INSURANCE, LEMONADE INSURANCE COMPANY, would not let VICTOR use her Loss of Use coverage. The Defendants, each of them, wanted VICTOR enslaved and imprisoned on the property so that she could be physically harmed, tortured, and/or killed.

184. VICTOR left her car in the round-a-bout went upstairs packed her suitcase full of evidence, called her Uncle John to come move her out immediately, as he was in San Diego, and went and sat in the lobby. By 7AM VICTOR'S face blew up like a balloon, she couldn't speak, she couldn't swallow, she could barely breathe. VICTOR knew whatever the defendants had pumped into her system was effecting her at that very moment. There were two unmarked cars in the round-a-bout, a black SUV with a man in his middle 30s, gelled dark hair, parked there, not a tenant. There was also a white woman in a white sedan, hair in a

bun, wearing a head piece. They were there to see the show, to make sure the job of taking VICTOR out got completed. The security guard called the ambulance stating VICTOR was having an adderall overdose, and to come immediately and within four seconds an ambulance arrived as if waiting to be qued in like a movie. How would the security guard know what medication VICTOR was taking? This was the plan, this was the defendants plan. The medics that came out of the car where the same ones that always came and VICTOR said *"YOU?"* And one of them responded *"yes us."* The security guard attempted to take VICTOR'S dog Caesar and they attempted to throw VICTOR into the back of the ambulance to take her to some looney bin where they would have staged her suicide and or fried her brain so she became a shell of a human being, and/or at the least was non-credible in a court of law. Whatever the defendants planned to do, it was with the intention to cause VICTOR serious harm, pain, or death for attempting to whistleblow. And the crazy part is there are intense and strong whistleblowing laws in California, imagine that.

185. VICTOR knew she had one of two options be weak and be killed and never see her family or her dog again or be strong and survive, VICTOR chose the latter. Thank God that VICTOR'S car was parked in the round-a-bout because she took her evidence and her dog and left the property of Zen Hollywood. From that

moment on VICTOR was tailed and followed to induce fear and paranoia in her especially while the toxins were still in her system. VICTOR met her friend at RALPHS on Sunset Blvd. leaving behind her car, and then had her friend drive her to Urth Caffe. VICTOR can remember each person that tailed her there, and until she moved from Los Angeles, VICTOR could pick any of them out of a line up, VICTOR will NEVER forget their faces. While VICTOR was sitting at Urth Caffe two different sets of fire fighters came and attempted to lock her up, it failed. Then the cops came attempting to lock VICTOR up, even tried to get her to react, but she didn't, VICTOR stayed strong and focused, and used her breath to stay alive. The woman, the cop, asked VICTOR what flight she would be taking home, why would she ask VICTOR that? Eventually they all had to leave because they had no logical reason to lock VICTOR up and she would never let them. How did these police officers and fire fighters know where VICTOR was? Because VICTOR was being tailed and followed and they were being instructed where to go to find her to get her locked up, to complete the attempted murder, but the defendants FAILED. Someone called VICTOR'S mother and sister from the LAPD and said *"your daughter is well and has a sound mind, she is very intelligent"*. Yes intelligent because VICTOR knew exactly what

the defendants were trying to do, and how they were trying to do it, and she was not going to let them kill her!

186. VICTOR ended up at one of her friends work shops until her Uncle John picked her up to take her back to Zen Hollywood to immediately pack and flee. VICTOR'S friends Randy and Cassie essentially saved her and her dogs life that horrific day. In this debacle VICTOR'S keys randomly went missing, VICTOR believes the defendants, each of them, stole them, so they could go back to her car, which was parked at Ralphs on Sunset Blvd. in Los Angeles, California, and fix all the tampering of it before her Uncle John went to pick it up. VICTOR'S Uncle John asked FENESCEY for a spare key to her apartment and upon handing her uncle the keys Jason said, *"we just wanted what was best for her."* When he had NO LEGAL RIGHT. VICTOR'S uncle to this day says it took everything in him not to knock his ass out.

187. Between September and October VICTOR called LEMONADE, LEMONADE INSURANCE, LEMONADE INSURANCE COMPANY over thirty times begging to use her loss of use coverage which they told her she didn't have but she indeed had eighteen thousand dollars ($18,000.00) worth of that coverage. LEMONADE, LEMONADE INSURANCE, LEMONADE INSURANCE COMPANY conspired with all other defendants to try and keep VICTOR enslaved on the property of Zen Hollywood to intentionally harm and/or kill her.

188. The security that was hired on the property of Zen Hollywood were all convicted felons, two tried to sexually harass VICTOR, one man even showed up to VICTOR'S door on several occasions. This was reported to the property managers and Zen Hollywood did nothing. This fact is mentioned because on the day of VICTOR'S attempted murder, the security, the convicted felons, had no problem playing along with the attempt to kidnap VICTOR to take her to a hospital to be murdered.

189. VICTOR got so scared living on the property of Zen Hollywood that she slept with knives, scissors, or her taser under her pillow, and set her alarm for every ten minutes to make sure she was okay and not dead. The Defendants instilled this fear in VICTOR, each of them, on purpose with the most heinous malice VICTOR has ever witnessed in real life.

190. VICTOR'S sister, Gabi, hired movers so that VICTOR could immediately leave the property. Defendants DIAMOND MOVING, VAL'S MOVING, and RADOW had subjected VICTOR and her uncle to racism, and they also had VICTOR sign multiple different contracts. First VICTOR signed a contract for VAL'S MOVING then after they packed up her belongings they made VICTOR sign a different contract for DIAMOND MOVING, VICTOR still has both contracts. Gabi paid them 60% of the move via Zelle as they required. The movers then left and disappeared into the wind.

Zelle refused to give Gabi her money back so the movers stole VICTOR'S sisters money. After being relentless for months VICTOR had to hire new movers that cost her eight thousand dollars ($8,000.00), to only get thirty percent of her belongings back, if even. VICTOR believes all of her families phones and computers were hacked into and she doesn't think it was an accident that Gabi's google search led her to these fraudulent movers. The movers held VICTOR'S belongings hostage for eight months and the LAPD would not even file a police report. Even after VICTOR received thirty percent of her stuff back, half of her belongings were broken or destroyed and the LAPD still refused to take a police report for the stolen items and/or the broken items. This was no accident, this was not only retaliation to cause VICTOR intentional loss and injury, but it also gave the defendants, each of them, time to go through all of VICTOR'S belongings to get rid of any and all evidence that could be used against them. LEMONADE, LEMONADE INSURANCE, LEMONADE INSURANCE COMPANY, refused to allow VICTOR. to file a claim. VICTOR recorded her phone call with a LEMONADE, LEMONADE INSURANCE, LEMONADE INSURANCE COMPANY Manager, where he states he knew exactly where her stuff was, laughed at VICTOR'S expense, and said *"we are all well aware of who you are."* They did this to VICTOR on purpose with the intent to harm. VICTOR'S

belongings were only found by a random Federal Bureau of Housing whom had contacted VICTOR. VICTOR is convinced this organization had full awareness of what was being done to VICTOR and why.

191. The CA DMV took over a year to send VICTOR a copy of the title for her Acura TSX despite paying them three different times for the title. VICTOR believes this was also retaliation. VICTOR also believes that her car, amongst other things, was tampered with. VICTOR sold her ACURA TSX as soon as the title arrived because the car became a trigger for VICTOR causing post traumatic stress, amongst other things.

192. The CA Labor Commissioner's office took VICTOR'S claim on August 9, 2019, which was dismissed by Deputy commissioner on May 20, 2020 without my signature or consent, as previously stated above and herein. When contacted for an explanation VICTOR did not receive one. VICTOR'S claim was reopened by Deputy commissioner Franciscan Delacruz in August of 2021, then closed again in January of 2021, then opened again the summer of 2022, before closing it again after the remedy VICTOR demanded was too high. No investigation was ever done, or has ever been done by the DIR.

193. Since 2021 and VICTOR'S attempt to whistleblow has made VICTOR a Targeted Individual and she is continuously being gang stalked and followed without her permission or consent and

so that the Defendants can further instill fear and cause injury, harm, and/or death.

194. In March of 2020 VICTOR signed a second retainer with MOSLEY/ WALTER MOSLEY CORP. to sue CATCH HOSPITALITY, CATCH, FERTITTA, BIRNBAUM, REMM for an incident that occurred previously. VICTOR had attended CATCH for a drink before plans with a girlfriend, something she had done many times before, however, this time VICTOR'S girlfriend was also a black woman. VICTOR and her friend were denied entry and upon inquiry as to why, VICTOR was told that she was "too naked", even after offering to put on her jacket they were still denied entry. After asking for a manager, which was also refused, the front door man allowed multiple white woman into the establishment who were dressed in far less than VICTOR was. VICTOR'S denial of attending the restaurant was of clear prejudice of her protected rights. VICTOR went home and immediately made a video for YouTube in complete hysterics about her experience and the humiliation that came with it. The YouTube video reached over fifty thousand (50,000) viewers and an IG video that VICTOR had posted reached over two hundred and fifty thousand (250,000) viewers. Past employees of CATCH were messaging VICTOR talking about their time of employment at CATCH/ CATCH HOSPITALITY and how the restaurant employees were only allowed to let ten

percent (10%) of the black and/or ethnic minorities into the establishment, especially on a busy weekend. BIRNBAUM took a photo of VICTOR, took a red marker to circle her breasts in the photo, and sent her picture to multiple people on social media who were screaming at him for justice and stated *"would you allow someone like this in your restaurant?"* VICTOR found a picture of a Caucasian female wearing the exact same outfit VICTOR had worn to CATCH/CATCH HOSPITALITY that night, posing inside the restaurant, she was not too "naked" to grab a drink or dine but VICTOR was, merely because of her race, color, and ethnicity. VICTOR also took screenshots of images of woman dressed in bras, tiny mini skirts, or mesh lace see through garments, who were also allowed entrance and not told they were too "naked" but if standing next to VICTOR, the night of, would have appeared way less clothed.

195. Adrian Miller ("MILLER"), a man who managed a Manager of CATCH/CATCH HOSPITALITY, called VICTOR on the phone as they had crossed paths prior at a Movie Premiere. MILLER explained to VICTOR that CATCH/CATCH HOSPITALITY was freaking out and asked what they could do to fix the situation, he also admitted, as a black man, he knows that black people are usually un-allowed to attend CATCH/CATCH HOSPITALITY, and he only gets the privilege because he manages one of the Manager's of the restaurant.

VICTOR stated she had signed a retainer with MOSLEY/WALTER MOSLEY CORP. and planned to handle the incident in court. MOSLEY/WALTER MOSLEY CORP., in conspiracy with CATCH, CATCH HOSPITALITY, BIRNBAUM, FERTITTA, REMM, and all other defendants, allowed the statute of limitations to pass on filing the complaint against CATCH/CATCH HOSPITALITY, never even letting VICTOR know of such statue. MOSLEY/WALTER MOSLEY CORP. had told VICTOR that she was not allowed to sue CATCH/CATCH HOSPITALITY when she had a pending case against WALLY'S, which was a complete and utter lie. Both WALLY'S and CATCH have abused the legal system to bury their sexual discrimination and clear racial discrimination against VICTOR. MOSLEY is responsible for intentionally sabotaging VICTOR'S potential case against CATCH, CATCH HOSPITALITY, BIRNBAUM, FERTITTA, REMM, and all other defendants who are named Defendants on this Complaint. This was presented to CALBAR who took no action against MOSLEY/WALTER MOSLEY CORP.

196. When VICTOR went back to the LAPD to file a report for her hacking she was told it was not their jurisdiction and was told she was being recorded on Sgt. Fullers body cam. Sgt. Fuller informed VICTOR that she could file a complaint against MOSLEY/WALTER MOSLEY CORP. and his associates for their forgery, which she did. When VICTOR was done filing this complaint with

the front desk of the LAPD on Wilcox Ave, the cop that took a complaint made a disgusting joke about *"hopefully we won't forge your signature"*. VICTOR'S complaint would never be filed, investigated, nor was any proper action taken as all attorneys named herein would be in jail as we speak and would absolutely not be practicing law. The LAPD forged VICTOR'S signature, in an attempt to mock VICTOR, this forgery has been presented to every court in Los Angeles and this court.

197. When VICTOR returned home she had received an email from FENESCEY asking if she had vacated the property of Zen Hollywood, even though FENESCEY and his female associate, had helped the movers get into VICTOR'S apartment. This was all part of their plan. VICTOR gave them a security deposit of nine thousand seven hundred dollars ($9,700.00) upon move in, and she wanted it back but it was not given. VICTOR would have never moved into that property had she known it was partially owned by the man who she was suing, who was responsible for her sexual assault amongst other things. VICTOR contacted both FENESCEY, 1840 HIGHLAND, and CONCORD VENTURES and no one would answer her emails or calls.

198. Between August to the present moment VICTOR has called defendant FBI over a hundred times. Most of the time VICTOR got hung up on, other times she would be on the phone for long

periods of time but the FBI has done nothing to help her or protect her. In fact, a few months ago when VICTOR called the FBI they asked her to stop calling so she stopped calling. VICTOR holds the FBI fully accountable for all allegations made herein.

199. THE CALBAR has failed to investigate any of VICTORS allegations and claims. The CALBAR has failed to prevent and has, and continues too, engage in the cover up of criminal activity. The CALBAR is responsible for what has happened to VICTOR and what is happening too many American Citizens within the state of California. Victor holds them fully responsible for all allegations made herein.

200. THE SEC, DIR, LOS ANGELES, CITY OF LOS ANGELES, CA CIVIL RIGHTS DEPT., EQUAL EMPLOYMENT, NEWSOM, BONTA, GASCON, the LAPD, the LAFD, THE REGENTS, the FBI, the FBI RECREATION, ASSOCIATION OF SPECIAL AGENTS, DOR, AFFIRMITIVE ACTION/EEOC, and all other federal and/ or governmental agencies named herein or not named herein, have also failed to investigate VICTOR'S allegations or claims. All governmental and federal agencies have failed to prevent and have, and continue too, engage in the cover up of criminal activity. These governmental and federal agencies are responsible for what has happened to VICTOR and what is happening too many American Citizens within the state of

California and within the United States of America. Victor holds them fully responsible for all allegations made herein.

201. The Commission of Judicial Performance has failed to investigate or take action against all judges VICTOR has filed a Complaint against. There seems to be no progress made to prevent Judicial officials from being at war with the United States Constitution.

202. VICTOR and her sister have a Facebook page with 4.1 million followers that was hacked mysteriously so VICTOR was prevented from posting about her case. VICTOR looked into what some of judicial officials/ United State employees have invested into, and Facebook is a popular one. The hacking of VICTOR'S facebook page was not an accident it was intentional and criminal.

203. VICTOR has emailed and sent letters over fifty times to the United States DOJ, and has made several phone calls seeking help and/or prompting investigations. Most phone calls, emails, and letters went unanswered leaving VICTOR with no acknowledgement or no help regarding her case. Once of twice VICTOR received a letter from the DOJ stating they can offer no assistance in the matter… is it not the department of justices job to rectify such horrid situations?

204. Victor has sought justice in this court and in this first circuit court of appeals. The first circuit court of appeals violated VICTOR's fifth, thirteenth, and fourteenth amendment rights. The first circuit court of appeals refused to explain how BONTA was CC'd on all court orders but was not required to make an appearance or respond, they refused to provide judicial disclosure statements, and they refused to appoint VICTOR an attorney. VICTOR decided she no longer gave the first circuit consent to play these games in her life and has refused the abuse of power which they do not have. VICTOR has filed a motion dismissing any such appeal in the first circuit as they have proved to be incompetent, impartial, and their hands seem unclean. With that being said, VICTOR has filed her first amended complaint in the United States District Court for the District of Massachusetts, as demanded by Judge Patti B. Saris, and is demanding a jury trial with criminal prosecution to the full extent of the law.

205. In 2017 VICTOR moved to Los Angeles, California, County of Los Angeles. VICTOR'S primary care physician in Massachusetts, County of Essex, was MERRIMACK MEDICAL/MMWIC located in Lawrence, Massachusetts. VICTOR'S doctor was FARZAN but she eventually switched to Dr. Godifroy ("Godifroy"). In 2018, at a visit to the doctors with her sister, Godifroy

sexually assaulted both VICTOR and Gabi in front of Gabi's son Marcellus. Godifroy fingered both VICTOR and Gabi in their genital area with no gloves on and proceeded to sniff his fingers and telling them they were healthy. There was no nurse present in the room. On their way out of the office Godifroy said, *"next time leave the kid at home"*, in reference to Gabi's son Marcellus. VICTOR and Gabi drove home in silence. At VICTOR'S next appointment she told Godifroy that she wanted to be put on adderall so she could keep up with her video editing, etc., he did not test VICTOR for ADHD but simply asked her what MG she wanted to take, and so began her journey on adderall. VICTOR was on the pills for nearly five years with no issues until after she attempted to whistleblow on the federal government and their public corruption. In fact, VICTOR would call from California to her primary care doctors office to have them call in her script to CVS where she let them know Gabi would pick it up and mail it to me, the Doctor's office never once alerted VICTOR or Gabi that that was a Federal crime, it would be something VICTOR would learn in the process of representing herself.

206. After fleeing Los Angeles, California on October 23, 2021, VICTOR went to the doctors office to get her blood drawn to see if their were toxins and poisons in her system, oddly

enough, her results came back completely normal, there was not even a high level of "drugs" in her system. ANDERSON asked VICTOR to come back in to do "more" blood work to test her "brain" and VICTOR refused. VICTOR soon met with FARZAN who walked into the room stating "*so you had a mental break down huh?*", confused, VICTOR asked him who told him that and FARZAN proceeded to tell her that her Father, Joesph Victor, had called and told him, VICTOR immediately knew that he was lying. So VICTOR said, "*my dad called you?*" FARZAN said yes. VICTOR said "*okay, let me text and ask my dad right now.*" Which VICTOR did, and my dad said he had never ever called or spoke to FARZAN about VICTOR. After disclosing her dads response to FARZAN he said he misspoke and it wasn't her dad who told him of her alleged "mental breakdown" and he could not remember who told him. FARZAN asked if VICTOR would take more blood tests to see if she was mental because of the pills, PILLS he and his office had been prescribing VICTOR for years WITH NO ISSUES, and pills he had prescribed VICTOR without ever diagnosing her with ADHD, "*we gotta make sure your brain is okay*". VICTOR told FARZAN if she had found out he was in on this conspiracy she would take him down and he responded by saying, "*I thought we were friends!*" Friends? This man was VICTOR'S doctor for almost a decade, even her families doctor, and she believes he got bribed

or threatened, or was willing to aid and abet all of the defendants in their conspiracy, willingly, to cause her physical harm, and/or the intel to kill, and/or the intent to make her medical records make it seem like she was not credible in any court of law. VICTOR believes FARZAN, MERRIMACK MEDICAL, and MMWIC, gave her consumer drugs that were tampered with, in fact, VICTOR kept pills from the last script FARZAN ever gave her so if this case ever went to trial she could have a lab technician test them for what poison or toxin was laced in it.

207. On October 19, 2023, the day the LAFD, LAPD, , and other governmental officials who were in unmarked vehicles, FENESCEY, and all defendants named herein, had attempted to poison VICTOR, steal her dog, throw her and kidnap her in the back of an ambulance to put her on an unwarranted and illegal seventy-two (72) hour medical hold, where VICTOR believes the defendants would have staged her suicide and/or killed her and if that failed at least it would be documented that VICTOR was in a looney bin making her non credible in any court of law. This plan failed for them again because darkness can never win in the light.

208. VICTOR'S keys were stolen for her car in the debacle, which included the mail key for her mail box in Zen Hollywood. Gabi had mailed VICTOR a new prescription of adderral from

FARZAN and it was expected to arrive on October 22, 2021. VICTOR and her uncle approached FENESCEY and his assistant, or whatever she was, and asked for a spare mail key. FENESCEY proceeded to tell us that every unit had two spare keys EXCEPT for VICTOR'S and there was no key amiable for VICTOR'S mail box. The front desk security guard ended up bringing VICTOR up her mail, including her drugs on October 22, 2021. Please note again all security at Zen Hollywood were ex criminals. VICTOR believes that a variety of things could have taken place, like did someone at the USPS intercept her package, did they open her package and replace her pills with replicas that were tampered with, only to have FENESCEY and his assistant refuse to give her a spare mail key so that it would have to be delivered by the front desk? Either way VICTOR kept those deadly pills and they are available for testing if need be.

209. VICTOR had the front desk clerk of MMWIC/MERRIMACK MEDICAL mail her her client file where FARZAN and ANDERSON doctored the records stating Gabi called and said *"VICTOR was having a psychotic break and needed to be institutionalized"*, which Gabi never said nor did she ever call and can be a witness on a stand if need be. They also said Gabi called and said VICTOR refused to come back in to get more blood work done and again that was a lie, as Gabi never called them, VICTOR just

never ever went back to that office ever again. VICTOR'S entire life, which is the equivalent of thirty five (35) years she has never had any medical issues or mental health issues, not even during the years she was prescribed adderrall by Godifroy and FARZAN. The only time EVER, in the history of EVER, did VICTOR'S medical records reflect lies that would suggest medical issues and/or mental health issues was when VICTOR attempted to whistleblow on the federal government and public corruption, this was not an accident or a coincidence, it was intentionally done to harm VICTOR. FARZAN, ANDERSON, the entire staff at MMWIC/MERRIMACK MEDICAL, acted in conspiracy with all other named defendants, to cause VICTOR intentional physical harm, even potential death.

210. VICTORS life has been affected in more ways than can possibly be described in words. VICTOR has lost her faith and trust in all judges, cops, doctors, therapists, lawyers, firefighters, the government, and people in general. VICTOR doesn't have the same joy for life like she use to. VICTOR has suffered stress, anxiety, sleepless nights, hypervigelience. VICTOR has suffered emotionally, physically, mentally, and financially. VICTOR will NEVER be able to work for anyone ever, ever again in this lifetime. The defendants attempted to take VICTOR'S life and stole the joy of it in the process. This is

what they did to her. The Defendants, each of them, were okay attempting to take VICTOR'S life with zero remorse.

211. ANNE GREENE and ELLA GORGLA are examples of women who have whistleblown and sought justice against people and/or corporations or entities that have money and power. They both have been threatened, gang stalked, silenced, poisoned at the hands of our government. VICTOR is not the first person to be harmed by this racketeering enterprise and she won't be the last unless action is taken NOW!

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff VICTOR, pursuant to all federal statues named herein and above, and the Courts own equitable powers, request that the Court:

A. Provide VICTOR a jury trial against all Defendants with criminal prosecution to the fullest extent of the law;

B. enter permanent injunctions against all Defendants;

C. award VICTOR relief in an amount no less than three hundred and thirty-three million, three hundred and thirty-three thousand, thirty-hundred and thirty-three dollars and thirty-three cents ($333,333,333.33) for all damages, penalties, and all other appropriate relief for allegations made herein;

D. award VICTOR the costs of bringing this action, as well as such other and additional relief as the Court may determine is just and proper.

**Dated:** April 29, 2024

Respectfully Submitted,

Danielle K. Victor

Plaintiff in Pro Se
4 Loring Road, Methuen, MA 01844
daniellekvictor@gmail.com
978-857-4885

**DECLARATION AND VERIFICATION OF DANIELLE K. VICTOR**

1. Danielle K. Victor declares as follows:

2. I am the Plaintiff in the above mentioned action, I am representing myself in Pro Se at the moment.

3. I have read the foregoing FIRST VERIFIED AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL and know its contents.

4. The matters stated in the foregoing FIRST VERIFIED AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL are true of my own knowledge except at those matters which are alleged on information and belief, and as to those matters I believe them to be true.

5. NOBODY HAS AUTHORITY OVER ME UNLESS I CONSENT TO THEM HAVING IT. MAY IT BE NOTED THAT I RENOUNCE ANY AGREEMENT I HAVE MADE WITH THIS COURT, OR ANY COURT, OR JUDICIAL OFFICIAL, AND/OR ALL NAMED DEFENDANTS. I DO NOT CONSENT TO ANY OF YOU HAVING AUTHORITY OR POWER OVER ME. I CALL MY POWER BACK NOW. I AM A SOVEREIGN BEING AND I HAVE SOVEREIGNTY. I DO NOT CONSENT TO ANY PERSON, CORPORATION, AND/OR ENTITY TRYING TO DIMINISH MY SOVEREIGNTY. THE UN CHARTER STATES THAT NO MAN, NOR WOMAN CAN THREATEN OR USE FORCE, AND ALL DISPUTES MUST BE SETTLED PEACEFULLY. I DEMAND PEACE MOVING FORWARD.

Executed on April 29, 2024, at Methuen, Massachusetts, Essex County.

I declare under the penalty of perjury under the laws of the State of Massachusetts and under the laws of the United States of America, that foregoing is true and correct.

Danielle K. Victor