NO. 1:24-cv-11198

Judge Nathaniel M. Gorton

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

---

DANIELLE VICTOR,

Plaintiff

v.

THE UNITED STATES OF AMERICA; ET AL

Defendant

---

**NOTICE OF RELATED CASE & MOTION TO CONSOLIDATE PURSUANT TO FEDERAL RULE 42**

---

**NO. 1:24-cv-11198**

---

FILED
IN CLERKS OFFICE
2024 JUN 24 PM 12:24

Danielle Victor
In Pro Se
daniellekvictor@gmail.com
4 Loring Road
Methuen, MA 01844
978-857-4885

To the Honorable Judge F. Dennis Saylor IV, as Chief Judge for the United States District Court for the District of Massachusetts.

**PLEASE TAKE NOTICE** that Plaintiff Danielle Victor ("Victor" or "Plaintiff") addresses this Notice of Related Case and Motion Requesting Judicial Consolidation in compliance with Federal Rule 42, to Judge Patti B. Saris, case no.#22-11348-PBS, and to Judge Nathaniel M. Gorton, case no.#1:24-cv-11198.

On May 3, 2024, Victor came to the United States District Court for the District of Massachusetts to file her First Verified Amended Complaint for case no.#22-11348-PBS with Judge Patti B. Saris presiding. At this time Victor was advised by the clerks in the District court office, that her case was "closed" due to jurisdiction, and that she could not make such filing. Nothing else was explained to Victor, in fact, one of the clerks rudely told her "good luck". Victor left the court house but then came back in and asked a different Clerk if she was able to start a new case within this office because she did not have time to wait to see what would happen with her "closed" case. Victor was advised that she could open a brand new case. This worked as Victor amended the Complaint entirely, removing all previous Judges who were named as Defendants, and adding The United States of America, Merrick Garland (the Attorney General of the United States of America), Robert Bonta (the Attorney General of the State of California), and one hundred and twenty-four (124) more defendants. This complaint was properly done and

Victor had all necessary documentations to provide the US Marshal for service. Victor then whited out the words "Amended" and Filed a First Verified Complaint in this court on May 3, 2024. This case has been assigned to Judge Nathaniel M. Gorton, case number 1:24-cv-11198. The clerks advised her during two separate visits to the court house that she was unable to receive Summons documentation because Judge Nathaniel M. Gorton had not provided a ruling on the Motion to Leave In Forma Pauperis. At this time Victor's case number #22-11348-PBS was still closed with Judge Patti B. Saris presiding. Victor had assumed this case was closed indefinitely, as nothing that was ever done during the allotted period that said case was open made ethical or logical sense to Victor.

**Consolidation in Compliance with Federal Rule 42**

When the month of June began, over thirty days had gone by with absolutely no movement on the court docket for case number 1:24-cv-11198, including no orders by Judge Nathanial M. Gorton.

This court received a Motion- Request for Immediate and Emergency Ruling on Motion to Leave In Forma Pauperis by Victor on June 6, 2024. This has STILL not been answered by Judge Nathaniel M. Gorton. However, Judge Patti B. Saris lifted the stay off Victor's closed case, case no.: 22-11348-PBS, and Judge Patti B. Saris advised Victor to file an amended complaint proving jurisdiction by July 2, 2024. Jurisdiction for this will be discussed below and herein.

Victor is unsure if this is this courts way of giving the Plaintiff more obstacles to go through, or, if this an attempt for this court to argue that Victor is filing multiple pleadings for the same causes, so to avoid such unnecessary battle, Victor is filing this Notice of Related Case, to alert this court that case number 1:24-cv-11198, which is assigned to Judge Nathaniel M. Gorton, is related to case no.: 22-11348-PBS, which is assigned to Judge Patti B. Saris, are related.

Although Victor has filed a Verified Complaint which sits before Judge Nathaniel M. Gorton, this Complaint was absolutely involving all allegations, matters, and issues alleged and discussed in all Motions submitted to Judge Patti B. Saris since 2022. If Victor were to submit an amended complaint to Judge Patti B. Saris by July 2, 2024 it would be the exact Complaint that has been received by Judge Nathaniel M. Gorton, so to submit all documentation that has already been received by Judge Nathaniel M. Gorton would be adding unnecessary costs and delays to the Jury Trial Victor has now demanded.

Federal Rule 42, (a) moves to consolidate if actions before the court involve a common question of law or fact and this court can (1) join for hearing or trial any or all matters at issue in actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay. Victor moves this court to consolidate these related cases to avoid further delay as Victor is waiting to have the Defendants served by the officers of this court in compliance with 28 U.S.C section 1915,

a Motion for such service is being submitted to Judge Nathaniel M. Gorton. Victor impatiently waits to have the Defendants served, especially the United States of America, and for her Jury Trial. In addition, Victor had requested upon the opening of case number: 1:24-cv-11198, for a District Court of three judges.

## JURISDICTION & VENUE IS PROPER

Judge Patti B. Saris wanted Victor to submit an amended complaint proving that jurisdiction was proper before proceeding further. In the Complaint received by this court and Judge Nathaniel M. Gorton, case number 1:24-cv-11198, why and how this court has proper jurisdiction was explained, but Victor will highlight here once again. The Jurisdiction and venue is proper for the following legal reasons:

1. Since Victor is naming the United States of America as a Defendant she is obligated by **federal law 28 U.S.C §1346(a)(2)** to file in the jurisdiction where she resides, which is the State of Massachusetts, making this jurisdiction proper.

2. This court has subject matter jurisdiction over this matter pursuant to **28 U.S.C §1332.**

3. This court has jurisdiction over this matter because this action arises under the Constitution, laws, or treaties of the United States pursuant to **28 U.S.C §1331.**

4. If necessary, this court is able to remove this action to any other district or division where it might have been

brought pursuant to **28 U.S.C §1404(a)**, including the United States Supreme Court.

**ADDITIONAL MOTIONS PENDING CONSOLIDATION OF RELATED CASES**

Pending the consolidation of these related cases, Victor will be submitting all additional Motions that have been prepared, to Judge Nathaniel M. Gorton case number: 1:24-cv-11198. This Notice and Motion will be submitted to this Court twice so Judge Patti B. Saris has a copy as does Judge Nathaniel M. Gorton.

Dated: June 19 2024

Respectfully Submitted ,

Danielle K. Victor
Plaintiff in Pro Se
4 Loring Road, Methuen, MA 01844
978-857-4885

**DECLARATION AND VERIFICATION OF DANIELLE K. VICTOR**

1. Danielle K. Victor declares as follows:
2. I am the Plaintiff-Appellee in the above mentioned action, I am representing myself in pro se.
3. I have read the foregoing NOTICE OF RELATED CASE & MOTION TO CONSOLIDATE PURSUANT TO FEDERAL RULE 42 and know its contents.
4. The matters stated in the foregoing NOTICE OF RELATED CASE & MOTION TO CONSOLIDATE PURSUANT TO FEDERAL RULE 42 are true of my own knowledge except at those matters which are alleged on information and belief, and as to those matters I believe them to be true.

Executed on June 19, 2024, at Methuen, Massachusetts, Essex County.

I declare under the penalty of perjury under the laws of the State of Massachusetts and under the laws of the United States of America, that foregoing is true and correct.

Danielle K. Victor