UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIELLE VICTOR,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Defendant. | Civil Action No.<br>24-11198-NMG |

ORDER TO REASSIGN CASE

GORTON, J.

Plaintiff Danielle Victor has filed a <u>pro se</u> complaint against the United States. Docket No. 1. With her complaint, she filed several motions including motions for appointment of counsel and for leave to proceed <u>in forma pauperis</u>. Docket Nos. 2-6. She subsequently filed four additional motions, Docket Nos. 10, 11, 13 and 14, including a request to consolidate this action with <u>Victor v. Orozco, et al.</u>, No. 22-11348-PBS (pending). <u>See</u> Pl.'s Notice of Related Case and Motion to Consolidate, Docket No. 14.

Because civil cases that are related under Local Rule 40.1(g) are to be assigned to the same district judge, and a related case that has not been treated as such at the time of filing may be transferred to the judge to whom it should be assigned, the Court allows plaintiff's motion, Docket No. 14, and orders that this action be reassigned, pursuant to Local

Rule 40.1(j)(1), as related to <u>Victor v. Orozco, et al.</u>, No. 22-11348-PBS.

**So ordered.**

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated: 08/01/2024