FILED
IN CLERKS OFFICE
2024 NOV 25 PM 12: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

NO. 1:24-cv-11198

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

DANIELLE VICTOR,

Plaintiff

v.

THE UNITED STATES OF AMERICA, in its full capacity; ET AL

Defendant

# MOTION FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(D)- JUDGMENT AGAINST THE UNITED STATES

**NO. 1:24-cv-11198**

Danielle Victor
In Pro Se
daniellekvictor@gmail.com
4 Loring Road
Methuen, MA 01844
978-857-4885
THE LIGHT OF GOD NEVER FAILS

To the Clerk of Court Robert M. Farrell for the United States District Court for the District of Massachusetts, I, Danielle Victor, the Plaintiff in this action, 1:24-cv-11198, are filing this **MOTION FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(D)- JUDGMENT AGAINST THE UNITED STATES** on behalf of this court, and it is your legal obligation and duty to serve this Notice to the appropriate Departments, which include, and is not limited too, United States Supreme Court Chief Justice Kimberly S. Budd.

Pursuant to Rule 55, sudivision d, Danielle Victor, "Victor" or "Plaintiff", moves this court for a Default Judgement to be entered against the United States. This is being filed con-currently with MOTION FOR RELIEF FROM ORDER(S) PURSUANT TO RULE 60(b) and NOTICE TO COURT OF CONFLICT OF INTEREST VIA DISCOVERED DISCLOSURE STATEMENTS AND REQUEST FOR IMMEDIATE RECUSAL OF JUDGE PATTI B. SARIS & NOTICE OF CONFLICT OF INTERESTS OF MULTIPLE DISTRICT COURT JUDGES & FIRST COURT OF APPEAL JUDGES.

This Complaint was opened in May of 2024 against 127 Defendants, including the United States of America, the Attorney General of the United States, and multiple federal agencies and governmental employees who are employee by the United States of America, whom are obligated by law to comply with the laws of

this Nation, but had not. The allegations are fully described in The Complaint, Docket 1, Victor brought this action against the Defendants, each of them, for sexual assault; the cover up and/or the aiding and abetting of sexual assault; sexual harassment; the cover up and/or the aiding and abetting of sexual harassment; discrimination; the cover up and/or the aiding and abetting of discrimination; harassment; the cover up and/or the aiding and abetting of harassment; retaliation; the cover up and/or the aiding or abetting of retaliation; wrongful termination; the cover up and/or the aiding and abetting of wrongful termination; fraud on the court; the conspiracy to commit fraud; violations of California Labor Code laws; violations of California Civil Code laws; violations of California Government Code Laws; violations of California Penal Code laws; violations of California Business and Professions Code Laws; violations of the laws of the California State Constitution; the cover up of the violations of such laws; and multiple other allegations pursuant to (18 U.S.C §35);(18 U.S.C §201);(18 U.S.C §208); (18 U.S.C §241);(18 U.S.C §242); (18 U.S.C §249); (18 U.S.C §285);(18 U.S.C §286);(18 U.S.C §371);(18 U.S.C §471);(18 U.S.C §494); (18 U.S.C §472);(18 U.S.C §495);(18 U.S.C §645);(18 U.S.C §872);(18 U.S.C §873);(18 U.S.C §1001);(18 U.S.C §1002);(18 U.S.C §1016);(18 U.S.C §1018);(18 U.S.C §1509);

(18 U.S.C §1505);(18 U.S.C §1510);(18 U.S.C §1621);(18 U.S.C §1622);(18 U.S.C §1623);(18 U.S.C §2071);(18 U.S.C §645);(18 U.S.C §654);(18 U.S.C §2075);(18 U.S.C §2076); (9 U.S.C §402); (18 U.S.C §1033);(18 U.S.C §1037);(18 U.S.C §1113);(18 U.S.C §1117);(18 U.S.C §521);(18 U.S.C §1243);(18 U.S.C §1365);(18 U.S.C §1506);(18 U.S.C §1951);(18 U.S.C §1952);(18 U.S.C §1956); (18 U.S.C §1957);(18 U.S.C §1959);(18 U.S.C §220);(18 U.S.C §1961);(18 U.S.C §1962);(18 U.S.C §641);(18 U.S.C §2073);(18 U.S.C §2236);(18 U.S.C §2261(a));(18 U.S.C §2340A);(18 U.S.C §2511);(18 U.S.C §2701);(18 U.S.C §3402);(18 U.S.C §3403);(18 U.S.C §3412);(18 U.S.C §474);(18 U.S.C §669);(18 U.S.C §702); (18 U.S.C §880);(18 U.S.C §1031);(18 U.S.C §1035);(18 U.S.C §1341);(18 U.S.C §1347);(18 U.S.C §1349);(18 U.S.C §1503);(18 U.S.C §1513);(18 U.S.C §1518);(18 U.S.C §1519); and (18 U.S.C §1702).

As you can see the criminal allegations made by Victor were many, and of great importance to the American people and public. Since this case began in 2022, and on going, the Judges of this court and the judicial officers of this court have consciously, at will, with ill intent, conspired to deprive Victor of her equal right to due process under Color of Law. Judge Nathaniel M. Gorton, Judge Patti B. Saris, the Judges who made rulings on her appeals in the First Circuit Court of Appeals, all took a

Judicial Oath when becoming officers of the Courts of the United States of America. They started a war with the Constitution for their own personal, social, political, and financial investments and/or advancements putting justice on the back burner. The officers of this court, who are employees of the United States of America, have committed crimes against Victor and the United States of America. Victor holds the United States of America fully responsible for it all alleged damages.

The Judges and officials of this court, employees of the United States of America, have attempted to manipulate the outcome of this matter, obstruct justice, prevent proper investigations and prosecutions, and have conspired to deprive Victor the equal right to due process all under the Color of Law. The Judges and officials of this court have not only engaged in a civil and criminal conspiracy but they have consciously, at will, committed treason against the United States of America. Since these are employees of this Nation, the United States of America is solely responsible for Victor's irreparable injury and continuous suffering.

The Judges and clerks of this court have intentionally, with malice, worked tirelessly to ensure Victor is denied her equal right to due process. The Judges and Justices of this court and the First Circuit Court of Appeals have displayed

horrendous displays of corrupt conduct under the Color of Law. The Justices and Judges who have chosen their own political, social, financial, and personal reasons to deny Victor her Constitutional rights, have committed crimes against the United States of America, under Color of Law. The deprivation of Victor's rights by Judicial officers of this court, and employees of the United States of America, is evidentiary support of how the Judges, Justices, Clerks of Court have openly engaged in Fraud upon this court consciously, and at will, in a civil conspiracy to deny Victor equal access to due process.

Victor holds the United States of America fully and solely responsible for the actions of its employees who have worked effortlessly to cover up a criminal organization who is terrorizing other American citizens as we speak, for financial, social, political, and personal reasons. The United States of America did know, or should have know, how the officers of these courts were conducting their judicial business. The United States of America is responsible for the Default Judgement on this matter pursuant to Rule 55(d).

**CONCLUSION**

VICTOR, pursuant to all federal statues named herein, and above, and the Courts own equitable powers, request that this Court enter an immediate Default judgement against the United

States pursuant to Rule 55(d), enter permanent injunctions against all Defendants; award VICTOR relief in an amount no less than three hundred and thirty-three million, three hundred and thirty-three thousand, thirty-hundred and thirty-three dollars and thirty-three cents ($333,333,333.33) for all damages, penalties, and all other appropriate relief for allegations made herein; award VICTOR the costs of bringing this action, as well as such other and additional relief as the Court may determine is just and proper.

Dated: November 24, 2024

Respectfully Submitted,

Danielle K. Victor
Plaintiff in Pro Se
4 Loring Road, Methuen, MA 01844
daniellekvictor@gmail.com
978-857-4885
THE LIGHT OF GOD NEVER FAILS.

**DECLARATION AND VERIFICATION OF DANIELLE K. VICTOR**

1. Danielle K. Victor declares as follows:
2. I am the Plaintiff in the above mentioned action, I am representing myself in Pro Se at the moment.
3. I have read the foregoing **MOTION FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(D)- JUDGMENT AGAINST THE UNITED STATES** and know its contents.
4. The matters stated in the foregoing **MOTION FOR DEFAULT JUDGEMENT PURSUANT TO RULE 55(D)- JUDGMENT AGAINST THE UNITED STATES** are true of my own knowledge except at those matters which are alleged on information and belief, and as to those matters I believe them to be true.

Executed on November 24, 2024, at Methuen, Massachusetts, Essex County.

I declare under the penalty of perjury under the laws of the State of Massachusetts and under the laws of the United States of America, that foregoing is true and correct.

Danielle K. Victor
THE LIGHT OF GOD NEVER FAILS.