```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


DANIELLE VICTOR,                  )
        Plaintiff,                )
                                  )         Civil Action
        v.                        )         No. 24-11198-PBS
                                  )
UNITED STATES OF AMERICA,         )
        Defendant.                )
```

## ORDER

December 20, 2024

SARIS, D.J.

By Memorandum and Order dated November 20, 2024, Plaintiff Danielle Victor was advised that if she wishes to proceed in this matter, she must file an amended complaint, no more than twenty-five (25) pages in length, that complies with the pleading requirements of the Federal Rules of Civil Procedure and demonstrates this Court's jurisdiction. Dkt. No. 22. Plaintiff was further advised that failure to comply with this directive on or before Monday, January 6, 2025, will result in dismissal of this action.

Victor has filed a Notice to the Court and Request for Recusal. Dkt. No. 24. Victor previously sought recusal and her motion was denied. See Dkt. No. 22. Here, the Court again concludes that an objective, knowledgeable person would not find a reasonable basis for doubting the judge's impartiality in this proceeding under the relevant, legal standards.

Also pending are Victor's motions seeking a default judgment pursuant to Rule 55(d) and relief pursuant to Rule 60(b). Having reviewed these motions, the Court hereby Orders:

1. The motion for default, Dkt. No. 26, is DENIED because summons have not yet issued and the complaint has not been served.

2. The motion for relief from Order pursuant to Rule 60(b) is DENIED because a final judgment has not yet entered in this case, and thus relief under Rule 60(b) is not warranted.

3. Plaintiff is reminded that if she wishes to proceed in this matter, she must file an amended complaint, no more than twenty-five (25) pages in length, that complies with the pleading requirements of the Federal Rules of Civil Procedure and demonstrates this Court's jurisdiction, on or before <u>Monday, January 6, 2025</u>.

SO ORDERED.

<u>/s/ Patti B. Saris</u>
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE
