NO. 1:24-cv-11198

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

DANIELLE VICTOR,

Plaintiff

v.

THE UNITED STATES OF AMERICA, in its full capacity; ET AL

Defendant

**NOTICE OF APPEAL**

**NO. 1:24-cv-11198**

Danielle Victor
In Pro Se
daniellekvictor@gmail.com
4 Loring Road
Methuen, MA 01844
978-857-4885
THE LIGHT OF GOD NEVER FAILS

**NOTICE OF APPEAL**

Notice is hereby given that Danielle Victor, the Plaintiff in the above mentioned matter (Case No: 1:24-cv-11198), hereby has filed an Interlocutory Appeal As of Right to the United States Court of Appeals For the First Circuit, from Judge Patti B. Saris' Order (#27) which was denying Motion for Order (#25), denying Motion for Default Judgement (#26), and her continued refusal to recuse herself despite having financial investments with several Defendants named on this legal matter. Judge Patti B. Saris' order, which has no legal merit, was entered on the Docket as #27 on Friday December 20, 2024.

Dated: December 24, 2024

Respectfully Submitted,

Danielle K. Victor
Plaintiff in Pro Se
4 Loring Road, Methuen, MA 01844
daniellekvictor@gmail.com
978-857-4885
THE LIGHT OF GOD NEVER FAILS.

**CERTIFICATE OF INSURANCE**

I, Danielle Victor, certify that I have filed concurrently with this Motion a Declaration and demand for Service on the United States of America which is required by law. The court of clerks are responsible for serving this Notice of Appeal to the United States of America and the United States Attorney General

in compliance with federal rule 28 U.S.C §1915(d). I declare that I have requested Proof of this Service and declare that such service be submitted to the court docket once completed by the U.S. Marshall. Please note on paper that the US Marshal is required to make said service as a fee waiver has been granted by this court. I look forward to seeing the Proof of Service on the docket!

Danielle K. Victor