**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Danielle Victor
Plaintiff

CA No. 24-11198-PBS

v.

The United States of America,
Defendant

**SARIS, DJ**

## ORDER OF ADMINISTRATIVE STAY

It is hereby ordered that the above-entitled case is administratively stayed pending the resolution of the Appeal to US Courts of Appeals for the First Circuit, it is hereby **ORDERED**:

The above-entitled action is hereby administratively stayed to the right of any party to restore it to the active docket upon termination of the proceedings.

Dated: January 6, 2025

/s/ C. Geraldino-Karasek
Deputy Clerk