# United States Court of Appeals
## For the First Circuit

No. 25-1059

DANIELLE VICTOR,

Plaintiff - Appellant,

v.

UNITED STATES; MERRICK B. GARLAND; PAUL MARCIANO; CITY OF LOS ANGELES, a Municipal Corporation of the State of California acting by through its Department of Water and Power; JAMS, INC.; JAMS ADR SERVICES; ROBERT BONTA, in his full capacity as the Attorney General of The State of California; CHRISTIAN NAVARRO; MAURICE NAVARRO; SOUTHWEST WINE & SPIRITS, LLC, Wally's; WALLY'S AUCTION HOUSE, LLC; WALTER MOSLEY, a Professional Corporation; ONE LEGAL, LLC, a Delaware Limited Liability Company; BLANCA M. GUTIERREZ; SALLY D. GREIG, Greig, LLC A Florida Limited Liability Company; SALLY D. GREIG, an individual ld PECOS Id No 1578605945; JUAN J. DOMINGUEZ, an individual State Bar No. 131538; JACE H. KIM; DOMINGUEZ LAW FIRM, LLC, a Domestic Limited Liability Company; GRACIE ESPARZA; NATHALIE MEZA CONTRERAS LAW, APC, a Professional Corporation, an Individual State Bar No 322545; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, n its Full Capacity Under Color of Law; KACEY RICCOMINI; ARTHUR F. SILBERGELD, an Individual State Bar No. 81093; THOMPSON COBURN, LLP, a Foreign Liability Partnership; CARLOS SOLIS, an Individual State Bar No 317057; ALAN GOLDSTEIN, an Individual State Bar No 296430; LISA BLOOM, an Individual State Bar No 158458; BLOOM FIRM INC., a Company Operating Under Delaware Law; BLOOM FIRM A PROFESSIONAL CORPORATION, a California Corporation Operating Under The Laws of The State of California; STATE OF CALIFORNIA CIVIL RIGHTS DEPARTMENT, in its Full Capacity; EQUAL EMPLOYMENT AGENCY, INC., a Corporation Operating Under Delaware Law; GOOGLE LLC, a Delaware Limited Liability Company; RSA DATA SECURITY, INC., a Corporation Operating Under Delaware Law; APPLE INC., a California Corporation Operating Under the Laws of The State of California; CISCO SYSTEMS, INC, a Corporation Operating Under Delaware Law; GAVIN NEWSON, in his full Capacity as Governor of the State of California; AMERICAN ARBITRATION ASSOCIATION, INC., "AAA" Corporation Operating Under New York Law; ANDREW BARTON; GEORGE GASCON, in his full capacity As The Los Angeles County District Attorney; LOS ANGELES COUNTY BAR ASSOCIATION, "LACBA" California Domestic Nonprofit Operating Under The Laws of The State of California; ADR SERVICES, INC., a California Stock Corporation; INSTAGRAM, INC., a Corporation Operating Under Delaware Law; FACEBOOK GLOBAL HOLDING II, LLC, a Delaware Limited Liability Company; FACEBOOK, INC., Corporation Operating Under Delaware Law; YOUTUBE, Corporation Operating Under Delaware Law; YOUTUBE, LLC., Delaware Limited Liability Company; SNAPCHAT, INC., a Foreign Business

Corporation Reservation Operating Under The Laws Of New York; TWITTER, INC., Corporation Operating Under The Delaware Law; CHRISTIE'S WINE, INC., Corporation Operating Under Delaware Law; DELTA AIR LINES, INC., Corporation Operating Under Delaware Law; 3900 WA ASSOCIATES, LLC, Delaware Limited Liability Company; TIKTOK INC., Corporation Operating Under The Laws of The State of New York; TIKTOK GLOBAL INC., Corporation Operating Under Delaware Law; YAHOO! COMMUNICATIONS USA, INC., Corporation Operating Under Delaware; OATH INC, Corporation Operating Under The Laws of The State of Delaware; OATH HOLDING INC, Corporation Operating Under The Laws of The State of The Delaware; AMAZON (USA) INC., Corporation Operating Under Delaware Law; ALEXA INTERNET, California Corporation Operating Under The Laws of The State of California; STATE BAR OF CALIFORNIA, its full Capacity; CALBAR HOLDING, LLC CALBAR, California Limited Liability Company; CONCORD VENTURES, INC, Corporation Operating Under The Laws Of The State of Delaware; 1840 HIGHLAND PARTNERS, LLC, a California Domestic Company; JASON FENESCEY; MOSS MANAGMENT SERVICES, INC, California Domestic Stock Company; WELLS FARGO BANK, N.A., Corporation Operating Under The Laws of The State of Florida; WELLS FARGO BANK, NATIONAL ASSOCIATION, California Foreign Stock; J&J BUILDERS CONSTRUCTION, INC., Domestic Business Corporation Operating Under The Laws of Minnesota; CONCORD CONSTRUCTION, LLC, California Limited Liability Company; CONCORD CONSTRUCTION, INC., Corporation Operating Under The Laws of The State of California; VERIZON COMMUNICATION, INC., Corporation Operating Under Delaware Law; AT&T CORP., Domestic Business Corporation Operating Under The Laws of The State of New York; MERRIMACK MEDICAL & WALK-IN CENTER, LLC, Massachusetts Domestic Limited Liability; DAVID FARZAN, MD; JENNIFER ANDERSON, NP-C; GUESS? RETAIL, INC., Corporation Operating Under Delaware Law; LOS ANGELES POLICE THE POLICE DEPARTMENT LLC; JEFF GREENE; LUCENT TECH INC., Corporation Operating Under Virginia Law; REGENTS OF THE UNIVERSITY OF CALIFORNIA, "THE REGENTS' California Statutory Corporation Form Under The Constitution; MOZILLA CORPORATION, California Stock Corporation; SONY COMPUTER ENTERTAINMENT AMERICA INC., Corporation Operating Under Delaware Law; WORLD WIDE WEB CONSORTIUM, INC., Corporation Operating Under Delaware Law; DIAMOND MOVING & STORAGE, INC., Corporation Operating Under The Laws of The State of New York; CATCH GROUP, INC., Corporation Operating Under Delaware Law; TILMAN FERTITTA; DOCUSIGN, INC., Corporation Operating Under Delaware Law; REFINITIV GLOBAL MARKETS, INC, Corporation Operating Under Delaware Law; NOKIA INC., Corporation Operating Under Delaware Law; INTEL CORP., Corporation Operating Under The Laws Of The State of Delaware; ADOBE INC., Corporation Operating Under The Laws of The State of Delaware; VAL'S MOVING & STORAGE, LLC, a California Limited Liability Company; VALERIE JANE RADOW; LOS ANGELES FIRE DEPARTMENT FUNDATION, a California Domestic Nonprofit; LEMONADE INSURANCE AGENCY, LLC, Limited Liability Company Operating Under The Laws of New York; LEMONADE INC., Corporation Operating Under The Laws of Delaware; LEMONADE INSURANCE COMPANY, California Corporation Operating Under The Laws of The State of The California; FEDERAL BUREAU OF INVESTIGATION RECREATION ASSOCIATION, Nonprofit Operating Under The Laws of The State of Oklahoma; FEDERAL BUREAU OF INVESTIGATION; MARK BIRNBAUM; EUGENE REMM; CATCH HOSPITALITY GROUP PRODUCTIONS LLC, NY Limited

Liability Company; RICHARD G. REINIS, an Individual State Bar No 45811; ASSOCIATION OF SPECIAL AGENTS DEPARTMENT OF JUSTICE, a California Nonprofit Corporation Operating Under The Laws of The State of California; UNITED STATES DEPARTMENT OF JUSTICE; CALIFORNIA DEPARTMENT OF REHABILATION, in its Full Capacity; AFFIRMATIVE ACTION/ EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE GROUP, INC, a Domestic Stock Corporation Operating Under The Laws of The State of California; SECURITIES & EXCHANGE COMMISSION -OIG'S ENFORCEMENT DIVISION, Colorado Limited Liability Company; ERVIN COHEN & JESSUP LLP, a Limited Liability Partnership Operating Under The Jurisdiction of Wyoming; AIMET NAVARRETE, an individual Transaction Business; SOCAL GAS LLC, California Limited Liability Company Operating Under The Laws of The State of California; SEMPRA, California Corporation; HD SUPPLY POWER SOLUTIONS, LTD, Florida Domestic Limited Partnership; HD IP HOLDINGS, LLC, Nevada Domestic Limited Liability Company,

Defendants - Appellees.

---

**MANDATE**

Entered: June 17, 2025

In accordance with the judgment of April 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Danielle Victor